OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFF *IN PRO PER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLIVER HILSENRATH,**     **Plaintiffs,**     v.     **EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC AND DOES 1-10,**     **Defendants.** | **Case No. 3:07-cv-4162 JCS**     **MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L. R. 3-12**     **Judge: Hon Joseph C. Spero** |

This administrative motion is brought with the purpose to consider whether cases should be related and for Purpose of Determining Relationship pursuant to Civil L.R. 3-12.

**1---  Case 3:07-cv-04162-JCS Hilsenrath v. Equity Trust (Jersey) Limited et al**

**2---  Case 3:03-cr-00213-WHA(JCS) USA v. Hilsenrath, et al**

The events, the testimony, the documentation and the other forms of evidence in *Hilsenrath v. Equity* et al arise from the earlier case: *USA v. Hilsenrath.*

The government and Mr. Hilsenrath deposed in 2005 Equity Trust's staff pursuant to Fed R Crim Proc Rule 15.

The joint mission to Jersey retrieved and authenticated tens of thousands of documents before and after the 2005 depositions.

The alleged obstruction of justice in the later case: *Hilsenrath v. Equity et al.* occurred in connection with the earlier case: *USA v. Hilsenrath*.

Dated: August 17, 2007

Respectfully submitted,

_____/s_____
OLIVER HILSENRATH