UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oliver Hilsenrath                             No. C 4:07-4162 JCS
　　　Plaintiff(s),                           CONSENT TO PROCEED BEFORE A
                                              UNITED STATES MAGISTRATE JUDGE
v.

Equity Trust (Jersey) LTD, et al.
　　　Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 8/18/2007

Signature: Oliver Hilsenrath

Counsel for pro se
(Plaintiff, Defendant or indicate "pro se")