REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUITY TRUST (JERSEY) LIMITED,<br>CANDOVER INVESTMENTS PLC AND<br>DOES 1-10,<br><br>　　　　　Defendants. | Case No. 07-4162 (JCS)<br><br>**DECLINATION TO PROCEED BEFORE<br>A MAGISTRATE JUDGE AND REQUEST<br>FOR REASSIGNMENT TO A UNITED<br>STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a

United States District Judge.

Dated:  August 23, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By_____/s/_____
　　　　　Maria Ellinikos
Attorneys for Specially Appearing Defendant
Candover Investments PLC

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE