REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:     415-765-9501

Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>                Plaintiff,<br><br>       v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC AND DOES 1-10,<br><br>                Defendants. | Case No. 07-4162 (WHA)<br><br>**DECLARATION OF ANDREW MOBERLY IN SUPPORT OF MOTION OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS**<br><br>Date:     October 18, 2007<br>Time:    8:00 a.m.<br>Ctrm:    9, 19th floor |

I, Andrew Moberly, declare as follows:

1.   I am employed by Candover Investments PLC as the Company Secretary. I have personal knowledge of the facts stated in this declaration and could testify to their veracity.

1
DECLARATION OF ANDREW MOBERLY IN SUPPORT OF MOTION OF SPECIALLY
APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF
PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS

2.	Candover Investments PLC is a British holding company that organizes and invests in large European buyouts. Its principal place of business is in the United Kingdom and it does not maintain an office, mailing address or any employees in California or elsewhere in the United States.

3.	Candover Investments PLC has not designated an agent for service of process in California or elsewhere in the United States.

4.	Candover Investments PLC is not registered or licensed to do business in California or elsewhere in the United States.

5.	Candover Investments PLC does not conduct any business in California or elsewhere in the United States.

6.	Candover Investments PLC does not maintain bank accounts in California or elsewhere in the United States.

7.	Candover Investments PLC does not own any real property in California or elsewhere in the United States.

8.	Candover Investments PLC does not pay taxes in California or elsewhere in the United States.

9.	Candover Investments PLC does not own a controlling interest in any company incorporated or organized in the United States.

10.	Candover Investments PLC does not participate in the management of any company incorporated or organized in the United States.

11.	Candover Investments PLC has a passive investment in Lombard Investments Inc., an international private equity manager with offices in San Francisco, Bangkok and Hong Kong. This is the only investment of Candover Investments PLC incorporated in California.

12.	In addition to its investment in Lombard Investments Inc., Candover Investments PLC has only three other direct investments in the United States, all of which are passive. It owns an 8.5% (fully diluted) interest in Dakota, Minnesota & Eastern Railroad Corporation ("DMERC"). The rights of Candover Investments PLC as a DMERC shareholder are no greater than those of other DMERC shareholders. Mr. Stephen Curran, a director of Candover Investments PLC, is a non-executive

2
DECLARATION OF ANDREW MOBERLY IN SUPPORT OF MOTION OF SPECIALLY
APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF
PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS

member of DMERC's Board of Directors. Candover Investments PLC also owns very small interests in Geocapital Partners, LLC and Extraprise Group, Inc.

13. To my knowledge, the only other activity of Candover Investments PLC in the United States is in connection with its recent private placement bond issue to investors in the United States. In June 2007, Candover Investments PLC participated in a road show in the United States in connection with this bond issue.

14. On May 21, 2003, Candover Investments PLC acquired a 5.2% stock interest in Equity Trust Holdings SARL, a Luxembourg holding company, which owns an indirect interest in Equity Trust (Jersey) Limited. The interest Candover Investments PLC owns in Equity Trust Holdings SARL has varied between 5.2% and 5.5% since 2003. The rights of Candover Investments PLC as a shareholder of Equity Trust Holdings SARL are, and have always been, equal to and no greater than those of every shareholder.

15. Candover Investments PLC received Plaintiff's complaint and papers via Federal Express on August 16, 2007 in London, England. The Federal Express International Air Waybill for Plaintiff's complaint and papers indicates that the Federal Express shipment was sent by Plaintiff Oliver Hilsenrath from 822 Eastbrook Court, Danville, California, 94506. On information and belief, Plaintiff's current residential address is 822 Eastbrook Court, Danville, California, 94506. Attached hereto as Exhibit 1 is a true and correct copy of the Federal Express International Air Waybill for Plaintiff's complaint and papers.

16. Candover Investments PLC never had any contacts with Oliver Hilsenrath or participated in the management of his assets.

17. Candover Investments PLC is not in the business of asset management.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed this 4th day of September, 2007 at London, England.

By _____
Andrew Moberly

3
DECLARATION OF ANDREW MOBERLY IN SUPPORT OF MOTION OF SPECIALLY
APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF
PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS

# EXHIBIT 1

