```
1  REGINALD D. STEER (SBN 56324)
   rsteer@akingump.com
2  MARIA ELLINIKOS (SBN 235528)
   mellinikos@akingump.com
3  ANDREW CHO (SBN 240957)
   acho@akingump.com
4  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, 15th Floor
5  San Francisco, California 94104-1036
   Telephone:     415-765-9500
6  Facsimile:     415-765-9501

7  Attorneys for Specially Appearing Defendant
   Candover Investments PLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC AND DOES 1-10,<br><br>　　　　　Defendants. | Case No. 07-4162 (WHA)<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT AGAINST SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS** |

1

[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT AGAINST SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS

After considering the pleadings, records, and papers on file in this action, such other papers filed at or before the hearing of this motion, oral arguments of counsel, and any other matters properly before the Court, and the response, the Court is of the opinion that the motion of specially appearing Defendant Candover Investments PLC to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5) should be **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' claims against specially appearing Defendant Candover Investments PLC are dismissed with prejudice.

Dated:

_____

**UNITED STATES DISTRICT JUDGE**

**[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT AGAINST SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS**