1  REGINALD D. STEER (SBN 56324)
   rsteer@akingump.com
2  MARIA ELLINIKOS (SBN 235528)
   mellinikos@akingump.com
3  ANDREW CHO (SBN 240957)
   acho@akingump.com
4  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California Street, 15th Floor
5  San Francisco, California 94104-1036
   Telephone:      415-765-9500
6  Facsimile:      415-765-9501

7  Attorneys for Specially Appearing Defendant
   Candover Investments PLC
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OLIVER HILSENRATH, | Case No. 07-4162 (WHA) |
|---|---|
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC** |
| v. | |
| EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC AND DOES 1-10, | |
| Defendants. | |

The undersigned counsel of record for specially appearing defendant Candover Investments PLC certifies that this case appears under the criteria set forth in Civil Local Rule 3-13 to involve all or a material part of the subject matter in the following actions currently pending before another federal court:

- <u>Janvrin, et al. v. Hilsenrath, et al.</u>, United States District Court, Northern District of California, Oakland Division, Case No. C-02-1068 CW (filed March 5, 2002). All parties in this action are proceeding *pro se.*

- <u>Hilsenrath, et al. v. Nixon Peabody LLP, et al.</u>, United States District Court, Northern District of California, San Francisco Division, Case No. C-07-3193 CW (filed June 18, 2007). The plaintiffs in this action are proceeding *pro se.* The defendants have not yet appeared in this action.

- <u>Hilsenrath, et al. v. Equity Trust, et al.</u>, United States District Court, Northern District of California, San Francisco Division, Case No. C-07-3312 CW (filed June 25, 2007). Each defendant filed a motion to dismiss this action, which the Court will hear on September 27, 2007 at 2:00 p.m.

As stated in the Administrative Motion of Specially Appearing Defendant Candover Investments PLC to Consider Whether Cases Should Be Related, filed on August 24, 2007 in the matter of <u>Janvrin, et al. v. Hilsenrath, et al.</u>, Case No. C-02-1068 CW, the preceding cases, which have already been related, involve substantially the same parties and transactions and call for determination of the same or substantially identical issues of fact and law as does the instant action. Oliver Hilsenrath is a party in all of the actions, and filed three of them. The instant action alleges additional claims against two defendants Mr. Hilsenrath named in <u>Hilsenrath, et. al. v. Equity Trust, et al.</u>, Case No. Case No. C-07-3312 CW. These additional claims arise from substantially the same alleged events that form the basis of his claims in <u>Hilsenrath, et. al. v. Equity Trust, et al.</u>, Case No. Case No. C-07-3312 CW.

1     Coordination of these actions would conserve judicial resources, promote an efficient resolution of these nearly identical claims and eliminate the risk of conflicting results.

Dated: September 4, 2007        AKIN GUMP STRAUSS HAUER & FELD LLP


By_____/s/_____
Maria Ellinikos
Attorneys for Specially Appearing Defendant
Candover Investments PLC