REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>            Plaintiff,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC AND DOES 1-10,<br><br>            Defendants. | Case No. 07-4162 (WHA)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC** |

1

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES OF SPECIALLY APPEARING
DEFENDANT CANDOVER INVESTMENTS PLC

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for specially appearing defendant Candover Investments PLC certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Candover Partners Limited.

Dated: September 4, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By_____/s/_____
Maria Ellinikos
Attorneys for Specially Appearing Defendant
Candover Investments PLC