REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:     415-765-9501

Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANA HILSENRATH AND OLIVER HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC INVESTMENTS PLC, INSINGER DE BEAUFORT SA, JARDINE MATHESON HOLDINGS LIMITED, GRANT BROWN, MELVYN KALMAN, JOHN PERKINS, CAROLINE BOUGEARD AND DOES 1-10,<br><br>Defendants. | Case No. C-07-4162<br><br>Hon. William H. Alsup<br><br>**PROOF OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, 15th Floor, San Francisco, CA 94104. On September 4, 2007, I served the foregoing document(s) described as:
**(1) NOTICE OF MOTION AND MOTION OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS;   2) DECLARATION OF**

ANDREW MOBERLY IN SUPPORT OF MOTION OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF JURISDICTION AND INSUFFICIENT SERVICE; 3) DECLARATION OF MARIA ELLINIKOS IN SUPPORT OF MOTION OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS; 4) NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC; 5) CERTIFICATE OF INTERESTED ENTITIES OR PARTIES SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC; 6) [PROPOSED] ORDER DISMISSING COMPLAINT AGAINST SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC FOR LACK OF JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS; 7) PROOF OF SERVICE.

on the interested party(ies) below, using the following means:

Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at _____, California.

☒ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 4, 2007 at San Francisco, California.

Alfred R. Regch
[Print Name of Person Executing Proof]     [Signature]

PROOF OF SERVICE                                         2                              CASE NO. 07-3312 (CRB)