LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   peter.wald@lw.com
   Darius Ogloza (Bar No. 176983)
   darius.ogloza@lw.com
   Sarah M. Ray (Bar No. 229670)
   sarah.ray@lw.com
   Jonathan F. Beardsley (Bar No. 240994)
   jonathan.beardsley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendant
EQUITY TRUST (JERSEY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>          Plaintiff,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, AND DOES 1-10,<br><br>          Defendants. | CASE NO. C-07-4162 WHA<br><br>DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*<br><br>Date:    October 18, 2007<br>Time:   8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup<br><br>Complaint Filed: August 14, 2007 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-4162 WHA
DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Equity Trust (Jersey) Limited ("ETJL"), hereby specially appears to move this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(3), to dismiss the complaint on the basis that venue in this court is improper under forum selection clauses set forth in the management agreement and settlement agreement that govern relations between ETJL and plaintiff and are applicable to this case. In the alternative, ETJL moves, pursuant to FCRP 12(b)(2) and 12(b)(4), to dismiss the complaint on the related bases that this Court lacks personal jurisdiction over ETJL and insufficiency of service of process. As a second alternative, this Court should dismiss the complaint under the *forum non conveniens* doctrine.

These alternative motions are set to be heard on October 18, 2007 at 8:00 a.m., or as soon thereafter as they may be heard, before the Honorable William H. Alsup in Courtroom 9 of the above-named Court at 450 Golden Gate Avenue, San Francisco, California, 94102.

## RELIEF REQUESTED

ETJL seeks an Order dismissing the complaint because venue is improper under forum selection clauses applicable to this case. Alternatively, ETJL seeks dismissal for lack of personal jurisdiction/insufficiency of process and for *forum non conveniens.*

Dated: September 6, 2007

    Respectfully Submitted,

    LATHAM & WATKINS LLP

    By  /s/ Jonathan Beardsley
    ATTORNEYS FOR EQUITY TRUST
    (JERSEY) LIMITED

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-4162 WHA
DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*