1  LATHAM & WATKINS LLP
     Peter A. Wald (Bar No. 85705)
2    peter.wald@lw.com
     Darius Ogloza (Bar No. 176983)
3    darius.ogloza@lw.com
     Sarah M. Ray (Bar No. 229670)
4    sarah.ray@lw.com
     Jonathan F. Beardsley (Bar No. 240994)
5    jonathan.beardsley@lw.com
   505 Montgomery Street, Suite 2000
6  San Francisco, California 94111-2562
   Telephone: +415.391.0600
7  Facsimile: +415.395.8095

8  Attorneys for Defendants
   EQUITY TRUST (JERSEY) LIMITED
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13 OLIVER HILSENRATH,                    CASE NO. C-07-4162 WHA

14              Plaintiff,               DECLARATION OF PHILIP JOSEPH AUSTIN
                                         IN SUPPORT OF EQUITY TRUST (JERSEY)
15      v.                               LTD'S MOTION TO FOR IMPROPER VENUE,
                                         LACK OF PERSONAL JURISDICTION,
16 EQUITY TRUST (JERSEY) LIMITED,        INSUFFICIENCY OF SERVICE OF PROCESS,
   CANDOVER INVESTMENTS PLC, AND         AND *FORUM NON CONVENIENS*
17 DOES 1-10,
                                         Date:    October 18, 2007
18              Defendants.              Time:    8:00 a.m.
                                         Place:   Courtroom 9, 19th Floor
19                                       Judge:   Honorable William H. Alsup

20                                       Complaint Filed:  August 14, 2007

21

22

23

24         I, PHILIP JOSEPH AUSTIN, declare as follows:

25             1.     I currently am a Managing Director of Equity Trust (Jersey) Limited

26 ("ETJL") and have held this position since 8 May 2006.  In my capacity as Managing

27 Director, I have access to, and would in the ordinary course of ETJL's business become

28 aware of information with respect to:  the location of ETJL's officers, directors, managing

1    agents and employees; the location of ETJL's offices, real property, personal property, bank

2    accounts and other assets; the location of ETJL's business activities; the payment of taxes;

3    the appointment of agents for service of process; and the location of legal actions pursued or

4    defended by ETJL.

5           2.     I have personal and first-hand knowledge of all of the facts stated in

6    this Declaration, except where otherwise stated that my knowledge is based on information

7    and belief. If called upon to do so, I could, and would, testify competently thereto.

8           3.     I have reviewed the complaint in this action and, contrary to what is

9    alleged therein, ETJL does not give tax advice to its clients. ETJL is a leading trust

10    company which provides trust and fiduciary services to high net worth individuals,

11    corporations and intermediaries. ETJL offers its clients trust, estate planning, family office,

12    structuring, investor support and other financial services. ETJL was first incorporated as a

13    private company under the Companies (Jersey) Law 1991. Both its headquarters and

14    operations are located exclusively in Jersey, Channel Islands in the United Kingdom.

15           4.     The company known as ETJL today has undergone several changes

16    in its name over the years, principally as a result of changes in ownership. Originally

17    incorporated 28 January 1994 as Integro Trust (Jersey) Limited, it changed its name to

18    Insinger Trust (Jersey) Limited on 13 January 1998. A further name change occurred on 20

19    July 2001, when it became known as Insinger de Beaufort Trust (Jersey) Limited. Since

20    July 18, 2003, the company has been known as Equity Trust (Jersey) Limited.

21           5.     A true and correct copy of the Certificate of Incorporation of Integro

22    Trust (Jersey) Limited is attached as Exhibit A. A true and correct copy of the Certificate of

23    Incorporation on Change of Name for Insinger Trust (Jersey) Limited is attached as Exhibit

24    B. A true and correct copy of the Certificate of Incorporation on Change of Name for

25    Insinger de Beaufort Trust (Jersey) Limited is attached as Exhibit C. A true and correct

26    copy of Certificate of Incorporation and Change of Name for Equity Trust (Jersey) Limited

27    is attached as Exhibit D.

28

Case Number: C-07-4162 WHA
DECLARATION OF PHILIP JOSEPH AUSTIN

6.      ETJL's management, administrator and directorship services are performed from St. Helier, Jersey, the location of its headquarters and operations. ETJL has clients around the world. However, ETJL does not specifically advertise in an effort to provide services in California, nor in publications expected to reach the State of California. I do not understand that ETJL has ever applied for any license to do business in California.

7.      ETJL does not maintain any offices or places of business in California and does not own or lease any real or personal property in California.

8.      ETJL does not maintain any officers, employees, or agents in California; it does not have bank accounts in California or telephones, telephone directory listings, or mailing addresses. ETJL does not maintain books or records in California.

9.      ETJL has never appointed an agent to receive service of process in California.

10.     I have inquired of ETJL's travel consultants and have been advised that no ETJL employees conduct regular trips to California for business purposes, and am not aware that any such travel occurred during the time period relevant to this action.

11.     In connection with the preparation of this Declaration, I reviewed business records which were maintained in the regular course of business and created contemporaneously with the events they record. My knowledge of the facts I declare in the following paragraphs 12 through 15 is based on information and belief as a result of my review of these business records.

12.     By way of background, ETJL was introduced to Oliver Hilsenrath through a client, David Dahan ("Dahan"), who, like Mr. Hilsenrath, identified himself as an Israeli citizen. Mr. Hilsenrath was interested in obtaining trust and asset management services provided by ETJL because Jersey is a stable, low-tax jurisdiction. After speaking with Mr. Hilsenrath, and by his request, an ETJL employee sent some materials describing ETJL services to Mr. Hilsenrath, who at the time happened to be located in California. A true and correct copy of a letter from John Perkins to Oliver Hilsenrath, dated 14 May 1996, is attached as Exhibit E.

13.    In or around August 1999, Mr. Hilsenrath entered into a Company Management Agreement with ETJL by which terms ETJL established and administered Telecom Associates (T.A.) Limited, a BVI corporation, for his benefit.   A true and correct copy of the Telecom Associates (T.A.) Limited Company Management Agreement is attached as Exhibit F.

14.    On or around June 18, 2001, Mr. Hilsenrath entered into a Settlement Agreement with Insinger Trust Company Limited, as predecessor in interest to ETJL, by which terms Insinger Trust Company Limited and Mr. Hilsenrath established The Firefly Trust.  A true and correct copy of the Firefly Trust is attached as Exhibit G.

15.    As a general rule, and as provided in the Telecom Associates (T.A.) Limited Company Management Agreement governing the parties' rights and duties, ETJL would not provide funding for any of the entities that it administered on behalf of Mr. Hilsenrath.

16.    ETJL is not the "owner" of any of the structures (i.e. trusts, corporations, partnerships, limited liability companies, etc.) that it creates during a client relationship. For clarification, when I say that ETJL is not the "owner," I mean that ETJL does not have beneficial ownership of any such structures.

17.    Defending this action in California, a jurisdiction with which ETJL has no contacts, would impose a significant burden on ETJL employees and resources. ETJL has a particular interest in having this dispute, which is governed by Jersey law, adjudicated by a Jersey court. I understand that, according to the Telecom Associates (T.A.) Limited Company Management Agreement and The Firefly Trust Agreement, Mr. Hilsenrath has agreed in fact to do so.  See Exhibits F & G, attached hereto.

///

///

//

//

/

1    18.    ETJL does not knowingly, intelligently, or purposefully consent to

2    the jurisdiction of the State of California.  I do not consent to the jurisdiction of California

3    in this action.

4         I declare under penalty of perjury under the laws of the United States of America

5    that the foregoing is true and correct.

6

7    Executed this 6ᵗʰ day of September, 2007 at St. Helier, Jersey, Channel Islands.

8

9

10

11

12

13         _____

14         SIGNED: Philip Joseph Austin

15

16

17

18

19

20

21

22

23

24

25

26

27

28