**EXHIBIT F**

OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH,<br>Plaintiffs,<br>v.<br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC AND DOES 1-10,<br>Defendants. | Case No. 3:07-cv-4162 JCS<br><br>DECLARATION OF OLIVER HILSENRATH RE PROOF OF SERVICE ON ALL DEFENDANTS PURSUANT TO HAGUE CONVENTION<br><br>Judge: Hon Joseph C. Spero |

I, Oliver Hilsenrath, declare the following to be true under penalty of perjury:

All defendants in this case were successfully served with the following documents according to the rules of service of documents of the Hague Convention:

1. Summons executed by the Clerk of the Court
2. Complaint
3. Order setting initial case management conference
4. Filing Instructions
5. ECF Registration Handout
6. Notice of availability of Magistrate Judge

Pursuant to Article 10(a) of The Hague Service Convention the United Kingdom and Jersey/GB, where defendants have their offices, have permitted service by international registered mail.

All recipients acknowledged receipt of documents on or before August 17, 2007.

In Attachment to this declaration -- a true copy of a Federal Express tracking report attesting to the receipt of documents by each and all defendant/s.

This representation is made to the Court pursuant to Federal Rules Civil Procedure 4 (1).

Dated: August 17, 2007

Respectfully submitted,

_____/s_____
OLIVER HILSENRATH

/Attachments/

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 862282706492 | **Destination** | ST HELIER GB |
| **Signed for by** | A.CADEC | **Delivered to** | Receptionist/Front Desk |
| **Ship date** | Aug 14, 2007 | **Service type** | Priority Envelope |
| **Delivery date** | Aug 17, 2007 10:10 AM | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 17, 2007 | 10:10 AM | Delivered | ST HELIER GB | |
| Aug 16, 2007 | 6:47 PM | Int'l shipment release | STANSTED GB | |
| | 6:40 PM | At dest sort facility | STANSTED GB | |
| | 2:11 AM | Departed FedEx location | MEMPHIS, TN | |
| Aug 14, 2007 | 7:09 PM | Picked up | SAN FRANCISCO, CA | |
| | 6:08 PM | At local FedEx facility | SAN FRANCISCO, CA | |
| | 5:19 PM | Picked up | SAN FRANCISCO, CA | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

**E-mail address**    **Language**                **Exception updates**    **Delivery updates**
                      English                          ☐                        ☐
                      English                          ☐                        ☐
                      English                          ☐                        ☐
                      English                          ☐                        ☐

**Select format:** ◉ HTML  ◯ Text  ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Track Shipments
## Detailed Results

 Quick Help

**Tracking number** 862282706507   **Destination** LONDON GB
**Signed for by** .REID   **Delivered to** Receptionist/Front Desk
**Ship date** Aug 14, 2007   **Service type** Priority Envelope
**Delivery date** Aug 16, 2007 9:27 AM   **Weight** 0.5 lbs.

**Status** Delivered

**Signature image available** No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 16, 2007 | 9:27 AM | Delivered | LONDON GB | |
| | 5:45 AM | On FedEx vehicle for delivery | STANSTED GB | |
| | 3:41 AM | At local FedEx facility | STANSTED GB | |
| | 12:24 AM | In transit | STANSTED GB | |
| Aug 15, 2007 | 7:51 PM | Int'l shipment release | STANSTED GB | |
| | 6:57 PM | At dest sort facility | STANSTED GB | |
| | 2:04 AM | Departed FedEx location | MEMPHIS, TN | |
| Aug 14, 2007 | 5:19 PM | Picked up | SAN FRANCISCO, CA | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**   **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ● HTML   ○ Text   ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions   Submit