# COVER SHEET

# EXHIBIT CNL

# C N Limited

P.O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

URGENT

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sir

**Janson Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath**
Case No C02 1068 CW

We write relative to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 27 February 2007 from Derard Limited, the Director of Crossgar Limited.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary loan.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT

PENGAD 800-631-6989

C N L 01

# C N Limited

P.O.Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

URGENT

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Rybum Limited – v- Oliver Hilsenrath**
Case No. C02 1068 CW

We are writing to you in your capacity of trustee of The Revenge Trust.

Please find the enclosed letter dated 27th February 2007 from Derard Limited, the Director of Janvrin Holdings Limited.

Please indicate by return whether you are willing and able to furnish Janvrin Holdings Limited with the required funds.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
PENGAD 800-631-6989
CNL 02

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

URGENT

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Jancsin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath**
**Case No. C 02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please find the enclosed letter dated 27th February 2007 from Derard Limited, the Director of Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds.

Yours faithfully

For and on behalf of CN Limited

**EXHIBIT**

CNL 03

PENGAD 800-631-6989

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath
Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Crossgar Limited.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
PENGAD 800-631-6989
CNL 04

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007


Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY


Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Rybum Limited – v- Oliver Hilsenrath
Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11th April 2007 from Derard Limited, the Director of Janvrin Holdings Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
CNL 05
PENGAD 800-631-6989

# C N Limited

P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11ᵗʰ April 2007

Equity Trust (Jersey) Limited
Equity Trust House
PO Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v- Oliver Hilsenrath
Case No. CO2 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 11ᵗʰ April 2007 from Derard Limited, the Director of Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
PENGAD 800-631-6989
CNL 06

# COVER SHEET

# EXHIBIT DL

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

**URGENT**

CN Limited
P.O  Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
Case No. CO2 1068CW

It has been called to our attention recently that a hearing has been set in the Federal District Court in  Oakland, California, United States of America on 2nd March 2007 in the above matter. The  Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Crossgar Limited until and unless we are provided with sufficient funds to enable us to do so

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT
DL 01

Registered in the British Virgin Islands
Registration Number  3968

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

URGENT

EQ Nominees (Jersey) Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. C02 1068CW

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2nd March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Crossgar Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Crossgar Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT
DL 02

Registered in the British Virgin Islands
Registration Number 3968

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P.O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

URGENT

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
Case No. CO2 1068CW

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2ʳᵈ March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Janvrin Holdings Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

EXHIBIT

DL 03

PENGAD 800-631-6989

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

2? February 2007

**URGENT**

CH  im ed
P.O. Bo x 546
28  30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. C02 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2nd March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Janvrin Holdings Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

EXHIBIT

DL 04

PENGAD 800-631-6989

Registered in the British Virgin Islands
Registration Number  3966

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

27 February 2007

**URGENT**

Clean Limited
P O Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

It has been called to our attention recently that a hearing has been set in the Federal District Court in Oakland, California, United States of America on 2nd March 2007 in the above matter. The Court has requested that personal representatives of each of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited attend this hearing. At this hearing the Court will, it appears, seek to determine whether Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited intend to proceed with this litigation. (We attach a letter from Glen Westreich, dated 13 February 2007 in this regard).

At present, Ryburn Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. It also lacks the funding to accomplish the personal appearance requested by the Court. Accordingly, we bring these circumstances to your attention and advise that we are unable to send a representative to attend the hearing on behalf of Ryburn Limited until and unless we are provided with sufficient funds to enable us to do so.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the necessary funds.

Yours faithfully

For and on behalf of Derard Limited
Director of Ryburn Limited

EXHIBIT

DL 05

Registered in the British Virgin Islands
Registration Number 3968

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax +44 1534 636215

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, *"...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendants should attend the hearing if they contest the validity or amount of the claim"*.

We remind you that the situation stands as described in our earlier correspondence with you. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

_____
For and on behalf of Derard Limited
Director of Crossgar Limited

**EXHIBIT**

DL 06

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax +44 1534 636215

11th April 2007

**URGENT**

EQ Nominees (Jersey) Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, *"...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendents should attend the hearing if they contest the validity or amount of the claim".*

We remind you that the situation stands as described in our earlier correspondence with you. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

**EXHIBIT**
PENGAD 800-631-6989

$QL\ 07$

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, *"...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendents should attend the hearing if they contest the validity or amount of the claim"*.

We remind you that the situation stands as described in our earlier correspondence with you. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

EXHIBIT

DL 08

PENGAD 800-631-6889

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

11th April 2007

**URGENT**

CH Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath**
**Case No. CO2 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, *"...a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendents should attend the hearing if they contest the validity or amount of the claim"*.

We remind you that the situation stands as described in our earlier correspondence with you. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Janvrin Holdings Limited

**EXHIBIT**
DL 09
PENGAD 800-631-6989

# Derard Limited

Administration Office:
P O Box 546, 28-30 The Parade, St Helier, Jersey JE4 8XY, Channel Islands
Tel: +44 1534 636211 Fax: +44 1534 636215

---

11th April 2007

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited - v – Oliver Hilsenrath
Case No. C02 1068CW**

We refer to our earlier correspondence with you in relation to the above matter.

Please find enclosed a copy of an Order, dated 29th March 2007, from the Federal Court in San Francisco. As set out in the Order, "...*a hearing on counterclaimants' motion for default judgment is set for Wednesday May 2, 2007, at 10.00am. in Courtroom G, 15th floor, Federal Building, San Francisco, California, 94102...Counterdefendants should attend the hearing if they contest the validity or amount of the claim*".

We remind you that the situation stands as described in our earlier correspondence with you. Ryburn Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Ryburn Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Ryburn Limited

**EXHIBIT**

DL 10

PENGAD 800-631-6989

# COVER SHEET

# EXHIBIT ET

# EQUITY TRUST

## fax

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel   +44 (0) 1534 636211
Fax  +44 (0) 1534 636215
Email  info@equitytrust.com

| | |
|---|---|
| To | Mr Barry J Portman & Mr Steve G Kalar |
| Fax number | 00 415 436 7706 |
| From | Mr Grant Brown |
| Subject | The Firefly Trust |
| Date | 20 February 2006 |

No. of pages    1

Dear Mr Portman and Mr Kalar

**The Firefly Trust (the "Trust")**

I write with reference to your fax dated 14 February 2006.

From your fax, I note that Mr Hilsenrath does not wish to be represented by a public defender in the criminal proceedings against him the United States and that instead he wishes to retain your firm as private counsel. Clearly, it is a matter for Mr Hilsenrath as to whom he wishes to appoint to defend him in these proceedings (since the proceedings are against him in his personal capacity) and what arrangements he wishes to make to discharge your firm's fees and costs.

I confirm that it is the case that Mr Hilsenrath has requested the Trustee to make Trust funds available to him in order that he may defend the proceedings against him and that the trustee of the Trust has declined to acquiesce to his request. The trustee of the Trust has reconsidered your further request and declines to accede to your request. The Trustee does not hold the Trust property for Mr Hilsenrath under a bare trust or nominee arrangement and Mr Hilsenrath and / or any representative of Mr Hilsenrath cannot instruct the Trustee to adopt a particular course of action in order to benefit him.

The trustee of the Trust is the legal owner of the Trust property and is obliged by fiduciary and statutory duties (inter alia) to act impartially in the interests of all of the beneficiaries of the Trust (in the sense of fairly and disinterestedly) and to preserve and enhance the Trust assets. The trustee of the Trust may exercise its dispositive powers in its absolute and unfettered discretion so that the trustee is not obliged to disclose its reasons or deliberation process.

Finally, there is no question of the Trust's "seizure" of its own assets.

Yours sincerely

Grant Brown
Director
Equity Trust (Jersey) Limited

EXHIBIT

$\mathcal{ET}$ 01

PENGAD 800-631-6989

The information contained in this facsimile message is intended only for the use of the person or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998. Registration No. 57583

07/03 '06 09:16 FAX                                                                ☒001

# EQUITY TRUST

## fax

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

| To | Mr Barry J Portman & Mr Steve G Kalar |
| Fax number | 00H15 436 7706 |
| From | Mr Grant Brown |
| Subject | The Firefly Trust |
| Date | 06 March 2006 |

No. of pages    1

Dear Mr Portman and Mr Kalar

**The Firefly Trust (the "Trust")**

I write with reference to your fax dated 03 March 2006.

I note your position as an Assistant Federal Public Defender paid by the United States government. I further note your comment that Mr Hilsenrath does not wish to be represented by a public defender in the criminal proceedings against him in the United States.

I reiterate the point in my previous fax that it is a matter for Mr Hilsenrath as to whom he wishes to appoint to defend him in these proceedings and what arrangements he wishes to make to discharge the corresponding fees and costs.

Mr Hilsenrath does not have a fixed proprietary interest in the property comprised in the Trust fund. He therefore has no entitlement to demand that the Trustee makes any distribution of Trust property to him.

Pursuant to the *Trusts (Jersey) Law 1984 (as amended)*, subject to the terms of the trust and any order of the court (the "Court"),[1] the Trustee is not under any obligation to disclose his deliberations as to the manner in which he has exercised a power or discretion and the reason for any particular exercise of such power or discretion.

Should Mr Hilsenrath, as a beneficiary of the Trust, wish to challenge the resolution of the Trustee not to release funds to him then we advise that he appoints Jersey counsel to make an application to the Court on his behalf accordingly.

Yours sincerely

Grant Brown
Director
Equity Trust (Jersey) Limited

**EXHIBIT**

ET 02

PENGAD 800-631-6989

---

[1] The court means the Inferior Number of the Royal Court in Jersey

The information contained in this facsimile message is intended only for the use of the persons or entity to whom it is addressed and may contain information that is confidential and may be legally privileged and exempt from disclosure under applicable laws. If you read this message and are not the addressee you are notified that use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error, please notify us immediately and return the original message to us.

Regulated by the Jersey Financial Services Commission and registered under the Financial Services (Jersey) Law 1998
Registration No. 57533

# EQUITY TRUST

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email   infoje@equitytrust.com

Mr David Danan
24 Ivanova Street
Apt E
Kharkov
UKRAINE

St Helier  27th February 2007

Subject        :  Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited – v – Oliver Hilsenrath
                  Case No. CO2 1068CW

Dear Sir

We are writing to you in our capacity of trustee of The Revenge Trust.

Please see the enclosed letters dated 27th February 2007 from Derard Limited, the director of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited and from CN Limited, a shareholder of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited. We also refer to our prior discussions and correspondence with you regarding being put in funds for unpaid professional fees. You should note that Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited have been struck from the BVI Companies Register for non-payment of statutory fees.

We understand that Nixon Peabody LLP wrote directly to you about these matters on 13 February 2007.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited, Crossgar Limited and Ryburn Limietd and/or The Revenge Trust with the previously requested funds

Yours faithfully

For and on behalf of
Equity Trust (Jersey) Limited

EXHIBIT

ET 03

PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Reg stration No. 57583

# EQUITY TRUST

Administration Office:
Derard Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

URGENT

Tel  +44 (0) 1534 636211
Fax  +44 (0) 1534 636215
Email  infoje@equitytrust.com

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

EQ Nominees (Jersey)
Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

30 March 2007

Dear Sirs

### Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath Case No. C02 1068 CW

As we have previously informed you, it had been called to our attention by Glenn Westreich (in his letter dated 13 February 2007, forwarded to you on 27 February) that a hearing was to be held in the Federal District Court in Oakland, California, on 2 March 2007 in the above matter.

Following the 2 March 2007 hearing:

(1)    the Court entered an order granting in part and denying in part Hilsenrath's motion for leave to file an amended counterclaim (we have obtained the publicly available order and a copy of Hilsenrath's amended counterclaim and attach those documents for your review);

(2)    the Court dismissed the complaint of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited, directed that default should be entered against those companies and permitted Nixon Peabody LLP to withdraw as counsel for those companies (we have obtained copies of the Court's case management order and the entry of default and attach those documents for your review); and

(3)    Hilsenrath has applied for a default judgment against Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited (a copy of Hilsenrath's application is attached for your review).



EXHIBIT

ET 04

1 OF 2

PEN040 000-631-6989

Registered Office,
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.
Registration No. 3969
Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998

We remind you that the situation stands as described in our letter of 27 February. Crossgar Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Crossgar Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Crossgar Limited

EXHIBIT
ET 04
2 OF 2

PENGAD 800-631-6989

2

# EQUITY TRUST

C N Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel   +44 (0) 1534 636211
Fax   +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

Equity Trust (Jersey) Limited
Equity Trust House
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

COPY

30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the **enclosed** letter dated 30 March 2007 from Derard Limited, the director of
Crossgar Limited.

Please advise by return whether you are willing and able to furnish Crossgar Limited with
the necessary funds.  Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
PENGAD 800-631-6989
ET 05

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998.
Registration No. 37331

# EQUITY TRUST

Administration Office:
Derard Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

URGENT

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

CH Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

As we have previously informed you, it had been called to our attention by Glenn Westreich (in his letter dated 13 February 2007, forwarded to you on 27 February) that a hearing was to be held in the Federal District Court in Oakland, California, on 2 March 2007 in the above matter.

Following the 2 March 2007 hearing:

(1)    the Court entered an order granting in part and denying in part Hilsenrath's motion for leave to file an amended counterclaim (we have obtained the publicly available order and a copy of Hilsenrath's amended counterclaim and attach those documents for your review);

(2)    the Court dismissed the complaint of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited, directed that default should be entered against those companies and permitted Nixon Peabody LLP to withdraw as counsel for those companies (we have obtained copies of the Court's case management order and the entry of default and attach those documents for your review); and

(3)    Hilsenrath has applied for a default judgment against Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited (a copy of Hilsenrath's application is attached for your review).



EXHIBIT

ET 06
1 of 2

PENGAD 800-631-6989

Registered Office:
Palm Grove House, P O Box 438, Road Town, Tortola, B.V.I.
Registration No. 3969
Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998

We remind you that the situation stands as described in our letter of 27 February. Janvrin Holdings Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Janvrin Holdings Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Dérard Limited
Director of Janvrin Holdings Limited

EXHIBIT

ET 06
2 OF 2

PENGAD 800-631-6989