# EQUITY TRUST

C N Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

Equity Trust (Jersey) Limited
Equity Trust House
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

**COPY**

30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the **enclosed** letter dated 30 March 2007 from Derard Limited, the director of Janvrin Holdings Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited with the necessary funds. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

**EXHIBIT**

$ET 07$

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Registration No. 37331

# EQUITY TRUST

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

David Dahan
24 Ivanova Dtreet
Apartment B
Kharkov
UKRAINE

And Via Email
dazid@isdn.net.il
davidadahan@gmail.com

St Helier, 30 March 2007

**URGENT**

Dear Sir

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver
Hilsenrath – Case No. C02 1068 CW**

We are writing to you in our capacity of trustee of The Revenge Trust.

Please see the enclosed letters dated 30 March 2007 from Derard Limited, the director of Janvrin
Holdings Limited, Crossgar Limited and Ryburn Limited and from CN Limited, a shareholder of
Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited.  We also refer to our prior
discussions and correspondence with you regarding being put in funds for unpaid professional fees.
You should note that Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited have been
struck from the BVI Companies Register for non-payment of statutory fees.

We understand that Nixon Peabody LLP wrote directly to you about these matters on 13 February
2007 and we wrote to you on 27 February 2007.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited,
Crossgar Limited, Ryburn Limited and/or The Revenge Trust with the previously requested funds.
Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of
Equity Trust (Jersey) Limited

**EXHIBIT**

ET 08

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Registration No. 57583

# EQUITY TRUST

Administration Office:
**Derard Limited**
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel  +44 (0) 1534 636211
Fax  +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

CN Limited
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath Case No. C02 1068 CW**

As we have previously informed you, it had been called to our attention by Glenn Westreich (in his letter dated 13 February 2007, forwarded to you on 27 February) that a hearing was to be held in the Federal District Court in Oakland, California, on 2 March 2007 in the above matter.

Following the 2 March 2007 hearing:

(1)    the Court entered an order granting in part and denying in part Hilsenrath's motion for leave to file an amended counterclaim (we have obtained the publicly available order and a copy of Hilsenrath's amended counterclaim and attach those documents for your review);

(2)    the Court dismissed the complaint of Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited, directed that default should be entered against those companies and permitted Nixon Peabody LLP to withdraw as counsel for those companies (we have obtained copies of the Court's case management order and the entry of default and attach those documents for your review); and

(3)    Hilsenrath has applied for a default judgment against Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited (a copy of Hilsenrath's application is attached for your review).

We remind you that the situation stands as described in our letter of 27 February. Ryburn Limited is not in good standing and has been struck from the BVI Companies Register for non-payment of statutory fees. We have yet to receive funding from you for Ryburn Limited and look to you for instructions on whether or how to proceed in this matter. Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of Derard Limited
Director of Ryburn Limited

**EXHIBIT**

_ET 09_

Registered Office:
Palm Grove House, P.O. Box 438, Road Town, Tortola, B.V.I.
Registration No. 3968
Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998

# EQUITY TRUST

C N Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel    +44 (0) 1534 636211
Fax    +44 (0) 1534 636215
Email  infoje@equitytrust.com

**URGENT**

Equity Trust (Jersey) Limited
Equity Trust House
P.O. Box 546
28-30 The Parade
St Helier
Jersey JE4 8XY
Channel Islands

**COPY**

30 March 2007

Dear Sirs

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver Hilsenrath
Case No. C02 1068 CW**

We are writing to you in your capacity of trustee of The Revenge Trust.

Please see the enclosed letter dated 30 March 2007 from Derard Limited, the director of
Ryburn Limited.

Please advise by return whether you are willing and able to furnish Ryburn Limited with the
necessary funds.  Absent hearing from you, we shall not take any further steps.

Yours faithfully

For and on behalf of CN Limited

EXHIBIT
ET 10
PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Registration No. 37331

# EQUITY TRUST

Equity Trust (Jersey) Limited
Equity Trust House, P.O. Box 546
28-30 The Parade, St Helier, Jersey JE4 8XY
Channel Islands

Tel   +44 (0) 1534 636211
Fax   +44 (0) 1534 636215
Email  infoje@equitytrust.com

David Dahan
24 Ivanova Dtreet
Apartment B
Kharkov
UKRAINE

And Via Email
dazid@isdn.net.il
davidadahan@gmail.com

St Helier, 11 April 2007

**URGENT**

Dear Sir

**Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited -v- Oliver
Hilsenrath – Case No. C02 1068 CW**

We are writing to you in our capacity of trustee of The Revenge Trust.

Please see the enclosed letters dated 11 April 2007 from Derard Limited, the director of Janvrin
Holdings Limited, Crossgar Limited and Ryburn Limited and from CN Limited, a shareholder of
Janvrin Holdings Limited, Crossgar Limited and Ryburn Limited.

Please advise by return whether you are willing and able to furnish Janvrin Holdings Limited,
Crossgar Limited, Ryburn Limited and/or The Revenge Trust with the previously requested funds.
Absent hearing from you, we shall not take any further steps.

Yours faithfully

for and on behalf of
Equity Trust (Jersey) Limited

**EXHIBIT**

ET 11

PENGAD 800-631-6989

Regulated by the Jersey Financial Services Commission and
registered under the Financial Services (Jersey) Law 1998
Registration No. 57583

# COVER SHEET

# EXHIBIT RL

Form **W-8**
(Rev. November 1992)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status

**Please print or type**

Name of owner (If joint account, also give joint owner's name) (See Specific Instructions.)
RYBURN LIMITED

U.S. taxpayer identification number (if any)

Permanent address (See Specific Instructions.) (Include apt. or suite no.)
PO BOX 316, JARDINE HOUSE

City, province or state, postal code, and country
1 WESLEY STREET, ST HELIER, JERSEY, CHANNEL ISLANDS

Current mailing address, if different from permanent address (Include apt. or suite no., or P.O. box if mail is not delivered to street address.)

City, town or post office, state, and ZIP code (if foreign address, enter city, province or state, postal code, and country)

| List account information here (Optional, see Specific Instructions.) ▶ | Account number | Account type | Account number | Account type |
|---|---|---|---|---|

**Notice of Change In Status.**—To notify the payer, mortgage interest recipient, broker, or barter exchange that you no longer qualify for exemption, check here ▶
If you check this box, reporting will begin on the account(s) listed. ............................................ ▶ ☐

**Certification.**—(Check applicable box(es)). Under penalties of perjury, I certify that:

**Please Sign Here**

☑ For INTEREST PAYMENTS, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For DIVIDENDS, I am not a U.S. citizen or resident (or I am filing for a foreign corporation, partnership, estate, or trust).

☑ For BROKER TRANSACTIONS or BARTER EXCHANGES, I am an exempt foreign person as defined in the Instructions below.

Signature  J. Perkins
JOHN H PERKINS - DIRECTOR

Date  26 JULY 1996

## General Instructions

(Section references are to the Internal Revenue Code unless otherwise noted.)

**Purpose**

Use Form W-8 or a substitute form containing a substantially similar statement to tell the payer, mortgage interest recipient, middleman, broker, or barter exchange that you are a nonresident alien individual, foreign entity, or exempt foreign person not subject to certain U.S. information return reporting or backup withholding rules.

**Caution:** *Form W-8 does not exempt the payer from the 30% (or lower treaty) nonresident withholding rates.*

**Nonresident Alien Individual**

For income tax purposes, "nonresident alien individual" means an individual who is neither a U.S. citizen nor resident. Generally, an alien is considered to be a U.S. resident if:

• The individual was a lawful permanent resident of the United States at any time during the calendar year, that is, the alien held an immigrant visa (a "green card"), or

• The individual was physically present in the United States on:

(1) at least 31 days during the calendar year, and

(2) 183 days or more during the current year and the 2 preceding calendar years (counting all the days of physical presence in the current year, one-third the number of days of presence in the first preceding year, and only one-sixth of the number of days in the second preceding year).

See Pub. 519, U.S. Tax Guide for Aliens, for more information on resident and nonresident alien status.

**Note:** *If you are a nonresident alien individual married to a U.S. citizen or resident and have made an election under section 6013(g) or (h), you are treated as a U.S. resident and may not use Form W-8.*

**Exempt Foreign Person**

For purposes of this form, you are an "exempt foreign person" for a calendar year in which:

1. You are a nonresident alien individual or a foreign corporation, partnership, estate, or trust.

2. You are an individual who has not been, and plans not to be, present in the United States for a total of 183 days or more during the calendar year, and

3. You are neither engaged, nor plan to be engaged during the year, in a U.S. trade or business that has effectively connected gains from transactions with a broker or barter exchange.

If you do not meet the requirements of 2 or 3 above, you may instead certify on Form 1001, Ownership, Exemption, or Reduced Rate Certificate, that your country has a tax treaty with the United States that exempts your transactions from U.S. tax.

**Filing Instructions**

**When To File.**—File Form W-8 or substitute form before a payment is made. Otherwise, the payer may have to withhold and send part of the payment to the Internal Revenue Service (see Backup Withholding below). This certificate

generally remains in effect for three calendar years. However, the payer may require you to file a new certificate each time a payment is made to you.

**Where To File.**—File this form with the payer of the qualifying income who is the withholding agent (see Withholding Agent on page 2). Keep a copy for your own records.

**Backup Withholding**

A U.S. taxpayer identification number or Form W-8 or substitute form must be given to the payers of certain income. If a Form W-8 or substitute form is not provided or the wrong taxpayer identification number is provided, those payers may have to withhold 20% of each payment or transaction. This is called backup withholding.

**Note:** *On January 1, 1993, the backup withholding rate increases from 20% to 31%.*

Reportable payments subject to backup withholding rules are:

• Interest payments under section 6049(a).

• Dividend payments under sections 6042(a) and 6044.

• Other payments (i.e., royalties and payments from brokers and barter exchanges) under sections 6041, 6041A(a), 6045, 6050A, and 6050N.

If backup withholding occurs, an exempt foreign person who is a nonresident alien individual may get a refund by filing Form 1040NR, U.S. Nonresident Alien Income Tax Return, with the Internal Revenue

*(Continued on back.)*

Form **W-8** (Rev. 11-92)

EXHIBIT
RL 01
PENGAD 800-631-6989

RYB 00497

## CORPORATE RESOLUTION

DATE:

WERTHEIM SCHRODER & CO.

EQUITABLE CENTER
787 SEVENTH AVENUE
NEW YORK, NY 10019-6016

Gentlemen:

The undersigned, Secretary of ___RYBURN LIMITED___
(the "Corporation"), hereby certifies:

that the attached hereto is a true and correct copy of resolutions adopted by the Board of Directors of the Corporation in accordance with law and the by-laws of the Corporation at a meeting held on ___26 JULY 1996___ , which resolutions are still in full force and effect on the date hereof;

that each of the persons named below, who are the persons empowered by the attached resolutions to act on behalf of the Corporation, is the duly elected and qualified incumbent in the office of the Corporation set opposite his name and the signature set opposite his name is his true and correct signature:

(Please See attached list of Authorised Signatories)

| (OFFICE) | (NAME) | (SIGNATURE) |
| --- | --- | --- |
| | | |

and that the Corporation is duly organized and is validly existing under the laws of the State of ~~British Virgin Islands~~ , that its charter empowers the Corporation to transact the business defined in the resolutions a copy of which is attached hereto, and that no limitation has been imposed upon such resolutions by the by-laws of the Corporation or otherwise.

(SEAL)

For Wesley Secretaries Limited, Secretary (SECRETARY)

EXHIBIT
RL 02
PENGAD 800-631-6989

Countersigned by:

J. Perkins

(PRESIDENT/VICE-PRESIDENT)          DIRECTOR

RYB 00493

Form **1001**

(Rev. August 1987)
Department of the Treasury
Internal Revenue Service

## Ownership, Exemption, or Reduced Rate Certificate

(Please type or print.)

OMB No. 1545-0055

Expires 8-31-90

Name
RYBURN LIMITED

U.S. identifying number, if any

Address (number and street) (complete address in the foreign country)
PO BOX 316, JARDINE HOUSE, 1 WESLEY STREET

Country (including postal zone)
BRITISH VIRGIN ISLANDS

City
ST HELIER, JERSEY, CHANNEL ISLANDS

1 Check type of income for which this certificate applies. (If you check box a, you do not have to check any other box.)

- a ☐ Income from a trust, estate, or investment account
- b ☐ Coupon bond interest (including tax-free covenant bonds)
- c ☐ Interest, other than coupon bond interest
- d ☐ Rents
- e ☐ Natural resource royalties and income from real property

- f ☐ Royalties from use of patents, secret processes, etc.
- g ☐ Royalties from use of films, television tapes, etc.
- h ☐ Annuities
- i ☐ Other income (specify) ........................

If you checked box b, complete line 2 and, if applicable, line 4.
If you checked any box other than b, complete either line 3 or line 4, whichever is applicable.
Note: Before completing line 4, see instructions.

2 Information on coupon bonds.

  a Name and address of obligor of bonds

  b Name of bond

  c Date of issue

| d Date interest due | e Date interest paid | f Gross amount of interest paid | g Rate of tax (see instructions) | h Amount of tax withheld |
|---|---|---|---|---|
| | | | % | |

3 Calendar years for which the reduced or exempt rate of tax applies to other than coupon bond interest.

  First year ........  Second year ........  Third year ........

4 Withheld tax requested to be released (see instructions) ........ $

I certify that the information entered above is correct, and, if a reduced or exempt rate of tax applies, I further certify that I have complied with all requirements to qualify for the reduced or exempt rate of tax.

Sign Here ▶    *J. Perkins*    DIRECTOR    24 JULY 1996
(Signature of owner, fiduciary, trustee, or agent)    (Date)

(If trust or estate, enter name)

(Address of fiduciary, trustee, or agent)

## Instructions

(Section references are to the Internal Revenue Code and Income Tax Regulations, unless otherwise noted.)

**Paperwork Reduction Act Notice**

We ask for this information to carry out the Internal Revenue laws of the United States. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax. You are required to give us this information.

**Purpose of Form.**—Owners of certain types of income (or owners' trustees or agents) use this form to report to a withholding agent both the ownership of the income and the reduced or exempt rate of tax on the income under tax conventions or treaties. The form can also be used to claim a release of tax withheld at source.

## Instructions for Owners, Trustees, or Agents

**A. Who Must File.**—You as an owner (or your trustee or agent) must file this form if you receive income subject to withholding under section 1441, 1442, or 1451 and you are one of the following:

1. A nonresident alien individual or fiduciary.
2. A foreign partnership.
3. A foreign corporation or other foreign entity.
4. A nonresident foreign partnership with certain partners (applies to section 1451 entity).
5. A nonresident foreign corporation (applies to section 1451 only).

In addition, any payees who do not know if owner must file this form.

EXHIBIT

RL 03

PENGAD 800-631-6989

Form **1001** (Rev. 8-87)

# STUART, COLEMAN & CO., INC

Member New York Stock Exchange, Inc.
11 West 42nd Street, 15th Floor, New York, N.Y. 10036
(212) 789-2400 • Fax (212) 575-4698

*RYBURN*

*Rayburn Limited:*

Dear Customer:

There are special risks associated with uncovered option writing which expose the investor to potentially significant loss. Therefore, this type of strategy may not be suitable for all customers approved for options transactions.

1.  The potential loss of uncovered call writing is unlimited. The writer of an uncovered call is in an extremely risky position, and may incur large losses if the value of the underlying instrument increases above the exercise price.

2.  As with writing uncovered calls, the risk of writing uncovered put options is substantial. The writer of an uncovered put option bears a risk of loss if the value of the underlying instrument declines below the exercise price. Such loss could be substantial if there is a significant decline in the value of the underlying instrument.

3.  Uncovered option writing is thus suitable only for the knowledgeable investor who understands the risks, has the financial capacity and willingness to incur potentially substantial losses, and has sufficient liquid assets to meet applicable margin requirements. In this regard, if the value of the underlying instrument moves against an uncovered writer's options position, the investor's Account Executive may request significant additional margin payments. If an investor does not make such margin payments, the Account Executive may liquidate stock or options positions in the investor's account, with little or no prior notice in accordance with the investor's margin agreement.

4.  For combination writing, where the investor writes both a put and a call on the same underlying instrument, the potential risk is unlimited.

5.  If a secondary market in options were to become unavailable, investors could not engage in closing transactions, and an option writer would remain obligated until expiration or assignment.

6.  The writer of an American-style option is subject to being assigned an exercise at any time after he has written the option until the option expires. By contrast, the writer of a European-style option is subject to exercise assignment only during the exercise period.

NOTE:    It is expected that you will read the booklet entitled, "CHARACTERISTICS AND RISKS OF STANDARDIZED OPTIONS," available from your Account Executive. In particular, your attention is directed to the chapter entitled Risks of Buying and writing Options. This statement is not intended to enumerate all of the risks entailed in writing uncovered options.

Date: ___24 - 7 - 96___        Title if Required: ___DIRECTOR___

Print Name: ___JOHN M PERKINS___        Signature: ___J. Perkins___

Print Name: _____        Signature: _____



EXHIBIT

RL 04

PENGAD 800-631-6989

**RYB 00494**

**To: Matheson Bank (Jersey) Limited**

At a Meeting of the Directors of _____ Ryburn _____ Limited

("the Company") whose registered office is at: PO Box 3151, Road Town, Tortola,
British Virgin Islands

held at Jardine House, 1 Wesley on the ____ 4 ____ day of __ October __ 1996
Street, St Hélier, Jersey

It was resolved:-

1. **That** a banking account for the Company be opened with Matheson Bank (Jersey) Limited ("MBJ") and that MBJ be and is hereby authorised to take written instructions for payment orders provided that such instructions are signed by *

   In accordance with terms of the attached Authorised Signatory
   List of Wesley Secretaries limited or any amended signatory
   list issued from time to time

2. **That** MBJ be and is hereby authorised to accept the receipt or written authority of the Signatories for the withdrawal or delivery to bearer or to one or more designated persons of all or any documents or securities or other property held by it.

3. **That** MBJ be and is hereby authorised to act upon and to accept as valid any notification in writing signed by the Secretary or any Director of the Company of any change in these Resolutions or of any subtraction addition or change in the Signatories.

4. **That** these Resolutions (together with a list of the names of the Signatories) be communicated to MBJ and shall constitute the Company's Mandate to the said MBJ and that until the said MBJ actually receive notification in writing signed by the Secretary or any Director of the Company of any change in these Resolutions or of any subtraction addition or change in Signatories, MBJ be and is authorised to act in pursuance of these Resolutions and shall be indemnified and held harmless against any loss suffered or liability incurred by reason of its continuing to act in pursuance hereof.

5. **That** the appointment of Matheson Bank (Jersey) Limited be governed by the Law of the Island of Jersey, subject to services being provided in accordance with established banking practice in Jersey. In particular the bank will, so far as it is not contrary to public policy in Jersey, comply with the English Bills of Exchange Act, 1882 as amended and the English Cheques Act, 1957 as amended in relation to the acceptance and payment of cheques and other orders.

\* Indicate here how instruction should be signed e.g. two directors or a director and any other authorised signatory.

We certify that the Resolutions set out above have been duly entered in the minute book and signed therein by the Chairman, and are in accordance with the Articles of the Company, and that the Company is a Public/Private Company.

**RYB 00472**

Dated ___ 8/10/96 ___

_____ ~~Chairman~~ DIRECTOR

_____ Secretary
For Wesley Secretaries Limited, Secretary

**EXHIBIT**
RL 05
PENGAD 800-631-6989



**Matheson Bank (Jersey) Limited**

A member of the Jardine Matheson Group

13 Broad Street
St Helier
Jersey JE4 8PR
Channel Islands

**Account
Opening Form**

Please [✓] Tick where appropriate

[✓] **Public or Private Company**

[ ] **Partnership**

[ ] **Sole Proprietorship**

[ ] **Society/Association**

[ ] **Trust Company**

EXHIBIT

*RL 06*

PENGAD 800-631-6989

Please complete in **Block Letters**

| Name of account | RYBURN LIMITED | |
|---|---|---|
| Nature of business | | Date of incorporation or |
| INVESTMENT HOLDING | | Date of commencement of trading or |
| | | Date of establishment |

Associated or subsidiary companies

MONTARAZ LIMITED                SAFFRAY LIMITED
JANURIN HOLDINGS LIMITED        ONUGY HOLDINGS LIMITED
LOTMAR LIMITED                  CROSSGAR LIMITED
ROCKVALE LIMITED                SURFWAY LIMITED

| Registered office address | Correspondence address if different from |
|---|---|
| PO BOX 3151 | Registered office address |
| ROAD TOWN | JARDINE HOUSE |
| TORTOLA | 1 WESLEY STREET |
| BRITISH VIRGIN ISLANDS | ST HELIER |
| | JERSEY |
| Telephone No. | Telephone No. |
| 00 1 809 494 3045 | 01534 888111 |

| Statement(s) required | Name and address of other bankers |
|---|---|
| [✓] Monthly   (in the absence of instructions statements will be sent quarterly) | NONE |
| [ ] Quarterly | |
| | **RYB 00473** |

Introduced by: MTCS

Signed _[signature]_
**DIRECTOR**

Signed _[signature]_
For Wesley Secretaries Limited, Secretary

Date  8/10/96

Date  8/10/96

Registered Office: Jardine House, 1 Wesley Street, St Helier, Jersey JE4 8UD, Channel Islands. Registered Number: 59015



**RYBURN LIMITED**

**("THE COMPANY")**

RESOLUTION OF THE SOLE DIRECTOR IN ACCORDANCE WITH THE ARTICLES OF ASSOCIATION OF THE COMPANY

ADOPTION OF REGISTERED SHARES ONLY MEMORANDUM & ARTICLES OF ASSOCIATION

**IT IS RESOLVED** that the Company shall adopt a new Memorandum and Articles of Association that shall permit the Company to issue registered shares only.

CHANGE OF REGISTERED OFFICE AND REGISTERED AGENT

**IT IS RESOLVED** that the Registered Office and Registered Agent of the Company be changed to that of Equity Trust (BVI) Limited and accordingly Clauses 2 and 3 of the Memorandum of Association be deleted in their entirety and be replaced by the following:-

2.   The Registered Office of the Company will be situate at Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands or at such other place within the British Virgin Islands as the directors may from time to time determine.

3.   The Registered Agent of the Company will be Equity Trust (BVI) Limited, Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands or such other person or company being a person or company entitled to act as a registered agent as the directors may from time to time determine.

IT IS FURTHER RESOLVED

that the Company's Memorandum and Articles of Association be deleted in its entirety and replaced with the new Memorandum and Articles of Association attached hereto.

Adopted and signed this          day of                    2004

For and on behalf of
**Derard Limited - Director**

EXHIBIT

*RL 07*

PENGAD 800-631-6989

**RYB 00439**

......................
Authorised signatory

......................
Authorised signatory

Fs/mau/CO104770/0006

RYBURN LIMITED

("THE COMPANY")

**RESOLUTION OF THE SOLE DIRECTOR IN ACCORDANCE WITH THE ARTICLES OF ASSOCIATION OF THE COMPANY**

**ADOPTION OF REGISTERED SHARES ONLY MEMORANDUM & ARTICLES OF ASSOCIATION**

**IT IS RESOLVED** that the Company shall adopt a new Memorandum and Articles of Association that shall permit the Company to issue registered shares only.

**CHANGE OF REGISTERED OFFICE AND REGISTERED AGENT**

**IT IS RESOLVED** that the Registered Office and Registered Agent of the Company be changed to that of Equity Trust (BVI) Limited and accordingly Clauses 2 and 3 of the Memorandum of Association be deleted in their entirety and be replaced by the following:-

2.   The Registered Office of the Company will be situate at Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands or at such other place within the British Virgin Islands as the directors may from time to time determine.

3.   The Registered Agent of the Company will be Equity Trust (BVI) Limited, Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands or such other person or company being a person or company entitled to act as a registered agent as the directors may from time to time determine.

**IT IS FURTHER RESOLVED**

that the Company's Memorandum and Articles of Association be deleted in its entirety and replaced with the new Memorandum and Articles of Association attached hereto.

Adopted and signed this 26 day of November, 2004

For and on behalf of
**Derard Limited - Director**

_____
Authorised signatory

_____
Authorised signatory

PENGAD 800-631-6989    EXHIBIT    RL 08

**RYB 00411**

Fs/mau/C0104770/0006

# COVER SHEET

# EXHIBIT WSL

69

## WESLEY SECRETARIES LIMITED                    Ref:5/96

For payment up to a value of £100,000 (one hundred thousand pounds) or the currency equivalent, an "A" signatory is required plus either another "A" or "B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds) or the currency equivalent any two "A" signatories are required.

### CLASS A

| | |
|---|---|
| Colin R Walker | Leslie Norman |
| Melvyn Kalman | Neil E Wakeling |
| Alan V Tidy | John H Perkins |
| Marjorie M Du Feu | Ian F Moisan |
| Jacqueline M Jones | Kevin V Mercury |
| Paul H Glazier | |

EXHIBIT
WSL 01

PENGAD 800-631-6989

Certified a true copy of the original document.

RYB 00490

Date of Minutes.

2 4 JUL 1996

J. Perkins

**WESLEY SECRETARIES LIMITED**                                      Ref:5/96

For payment up to a value of £100,000 (one hundred thousand pounds) or the
currency equivalent, an "A" signatory is required plus either another "A" or
"B" signatory.

For payment in excess of £100,000 (one hundred thousand pounds) or the
currency equivalent any two "A" signatories are required.

**CLASS B**

| | |
|---|---|
| *(signature)* | *(signature)* |
| Caroline J Bougeard | Michele V Christensen |
| *(signature)* | *(signature)* |
| David P Chalmers-Hunt | Anne J Bougourd |
| *(signature)* | *(signature)* |
| Janet Raine | Susie Dos Reis |
| *(signature)* | *(signature)* |
| Stella Lester | Gisele Le Miere |

*(signature)*

Alison Bisson

Certified a true copy of the
original document.

Date of Minutes.

2 4 JUL 1996

*J. Perkins*

JOHN M PERKINS
WESLEY SECRETARIES LIMITED, ASSISTANT
                                    SECRETARY

EXHIBIT

PENGAD 800-831-6989

WSL 02

RYB 00489

# COVER SHEET

# EXHIBIT X

# COVER SHEET

# EXHIBIT YA

# A and M Matley                    *Examiner of Documents & Handwriting*

MARCEL B. MATLEY
BOARD CERTIFIED, NADE
PUBLICATIONS, SEMINARS
www.handwritingexpertsofcalifornia.com

(3092 ARMY STREET, 94110)
POST OFFICE BOX 882401
SAN FRANCISCO, CA 94188

PHONE: (415) 753-2832
FAX: (415) 753-3346
TOLL FREE: 1-800-367-8403
E-MAIL: MMATLEY@AOL.COM

## CURRICULUM VITAE AND GENERAL RESUME

## MARCEL B. MATLEY

### EXAMINER OF QUESTIONED DOCUMENTS AND HANDWRITING

<u>BORN:</u>    Phoenix, AZ, September 21, 1933.

<u>EXPERIENCE INCLUDES:</u>
- Handwriting authentication and signature verification, including numerals.
- Genuineness of logs, diaries, and other writings in series.
- Serve as either confidential consultant or testifying expert.
- Oral or written opinion, which can be a full, illustrated, written report to facilitate settlement or in the form of a declaration under oath.
- Question formulation to examine opponent's document examiner; also pertinent citations for cross-examination from learned treatises.
- Identification of the writer of poison pen letters and anonymous writings.
- Other aspects of questioned document examination.
- Impeachment of erroneous, incomplete or incompetent expert handwriting opinion.
- Consultant to other document examiners.

<u>CREDENTIALS:</u>
- Certification with commendation, Paul de Sainte Colombe Center, January 28, 1981, with honorary Charter Membership Certificate, April 8, 1982.
- Honorary membership, National Questioned Document Association, March 1992.
- Vanguard Network, Board Certified Handwriting Professional, April 28, 1998.
- Board Certified, National Association of Document Examiners, October 2000.
- Consultant and mentor to other document examiners.
- Consulted by several public agencies on administrative issues.
- Current San Francisco Business Tax Registration Certificate, 145353.

EXHIBIT YA, Page 1 of 4

COURT QUALIFIED WITNESS:
- Federal District and Bankruptcy Courts; INS Court; Superior, Municipal and Administrative Law Courts, California; Probate Courts, Texas and New Jersey; arbitrations and depositions. List of testimonies available upon request.

CLASSES AND LECTURES:
- Lecture series titled: *Seminars and Workshops in Handwriting Sciences,* for professionals and advanced students.
- Organizer, co-producer and instructor at the annual *Seminar in Document Examination,* in San Francisco, 1990-1992. Attendees from U.S. and Canada.
- Presented at NADE Conferences and Pre-conferences: 1992: *Human Graphic Motor Sequence.* 1993, two-day intensive course: *The Physiology and Forensic Identification of Handwriting.* 1994: *Answering Challenges on Voir Dire.* 2000: Presentation, *How to Read Things Critically;* Poster session: *Examination of Graffiti Writing.* 2001, Crawley, England: *Angle Value* [jointly with Maureen Ward-Gandy]; *A Case with the Kinderprint.* 2002, Ann Arbor, MI: *Examination of Russian Birth Certificates, with poster session.* 2003, New Orleans, LA: *Humorous Moments in History of Handwriting Expertise.* Poster session: *Daubert.* 2004, Anaheim, CA: Pre-conference: *Daubert and Handwriting Expert.* Conference: *Kumho Case.* Poster session: *INS Case.* 2006, aboard Mariner of the Seas: *You're a what? Featuring techniques for inoculating the jury (including CD).*
- Presented workshop, *Qualifications Impeachment,* ABFHA 1993 Conference.
- 1995 IGS-AFDE Joint Conference: *A Protocol for Research in Disguised Handwriting as Illustrated by Slant.*
- 1995 AHAF Symposium: *The Physiology of Handwriting, a Half-day Workshop.*
- 1997 Vanguard Conference: *Physiology of Handwriting Exemplified by Writer's Cramp.*
- 1998 Vanguard Pre-Conference: *Speed in Handwriting.* An all-day intensive.
- 1999 AAHA/AHAF Joint Conference, Post-Conference Workshop: *Physiological and Psychological Foundations* [of the production of handwriting]: *Forensic Applications.*
- 2002 AHAF Nor Cal Seminars: *Health and Handwriting.* March: *Toomey's 25 Health Clues.* April: *Review of Research Published in Medical Literature.*
- 2003 AAHA/AHAF Joint Conference: *Alzheimer's and Handwriting; Linguistic Changes in the Normal Elderly* [based on two forensic cases and research in academic literature].

LISTINGS:
- *Forensic Register of Expert Consultants,* Bar Association of San Francisco.
- *Who's Who in Finance and Industry, 30th Edition,* Marquis Who's Who, Publishers.
- And others.

PUBLICATIONS:
- *Forgery: Detection and Defense; a Guidebook for the Legal Professional, 1988.*
- *QDE Index: Periodical Articles in English on Document Examination...., 2003 ed.*
- *Oh, My aching arm: The cause and cure of general writer's cramp, 1997.*

PUBLICATIONS, CONTINUED:
- *Testing the Reliability of Expert Opinions in Texas: Guidelines from Kelly, du Pont/Daubert and Their Progeny*, 2004.
- STUDIES IN QUESTIONED DOCUMENTS. 1. *Photocopies in Document Examination.* 2. *Exorcism of Ignorance; a Reply From a Handwriting Expert.* 2nd ed: *In the Exercise of Ignorance: Replies to the Critics of Handwriting Expertise.* 3. *Logged Entries: Made Separately or Sequentially?* 4. *Exemplars for Comparison.* 5. *Health and Handwriting, an Annotated Bibliography.* 3rd ed. 6. *Employing and Examining of the Expert.* 7. *Reliability Testing of Expert Handwriting Opinions.* 8. *Signature Disguise by Change of Slant.* 9. *Examination of Russian Birth Certificates.*
- Also published in more than a dozen professional journals and periodical publications, including: *Journal of the National Association of Document Examiners; Journal of Forensic Identification; San Francisco Attorney Magazine; Scientific Sleuthing Review; International Journal of Forensic Document Examiners; Practical Litigator.*
- "Indagine Critica Sulla Datazione Della Pasta Biro," pages 204-209 in *Carta & Inchiostri: Tecniche di Accertamento*, Pacifico Cristofanelli e Silvio Lena, editors, Ancona, Italy, AGI, 1999. [Translation of "Dating Ballpoint Inks: A Survey and Critique."]
- Other writings in the field, published and unpublished. The published books and monographs have been marketed to professionals nationally and internationally.
- Published works in other fields.
- NOTE: List of professional publications available upon request.

EDUCATION:
- Saint Francis College, El Cajon, CA, 1952-54. Liberal arts, science.
- Immaculate Heart Seminary, University of San Diego, San Diego, CA, 1954-60. Courses included Philosophy, Logic, Rational Psychology, History, Rhetoric.
- Immaculate Heart College, Los Angeles, CA. MALS, June 1963.
- San Diego State College, San Diego, CA, 1962-63. Graduate studies, Political Science.
- 1979-80 privately instructed by Rose Toomey, author of *HEALTH CLUES IN HANDWRITING.*
- Seminar on the handwriting of criminals, conducted by Ted Widmer.
- Third Annual Conference for Testifying & Consulting Experts, San Francisco, 1996. Sponsored by Council for the Advancement of Science in Law. Also pre-conference symposium: *Preparing for Cross-Examination: Developing 'Active Listening' Skills.*
- Professional Education Systems, Inc., *California Evidence Workshop,* San Francisco, CA, December 21, 1996.
- Oregon Criminal Defense Lawyers Association, Winter Conference, *Expert Witnesses,* December 5-6, 1997, Portland, OR. *Dynamic Cross-Examination,* James H. McComas, December 3-4, 1999, Portland, OR.
- American Academy of Forensic Sciences, Annual Meetings: February 1998, San Francisco, CA. Saturday: Jurisprudence Section, *Erroneous but Convincing: The Courtroom Impact of Evidence Shaping*; February 2000, Reno, NV; February 2001, Seattle, WA; February 2005, New Orleans, LA; February 2007, San Antonio, TX.

EXHIBIT YA, Page 3 of 4

## EDUCATION, CONTINUED:

- Vanguard Post-conference, Forensic Document Examination, April 9, 2000, presented by Judith A. Housley.
- National Association of Document Examiners, May 19-21, 2005, Quebec, Canada.
- *Adobe Photoshop and Document Examination*, intensive workshop by Gary Herbertson, July 16-17, 2005, Berkeley, CA.
- *Expert Witness Testimony that Wins*, presented by Phil Walker, JD, sponsored by Forensic Expert Witness Association, Hyatt Regency, San Francisco Airport, September 16, 2006.
- On-going research in the legal, forensic and academic literature.
- Primary research in methods of disguise, writing with the opposite hand, and others.
- Attendance at conferences at which I have presented. See "Classes and Lectures."

## SPECIAL RESOURCES:

- Personal collection of more than 8,000 books, monographs and papers in handwriting science, document examination and case law, along with current subscriptions.
- Developed proprietary databases of approximately 11,500 citations to forensic, academic and legal periodicals and to case reporters. This is an on-going project.
- NADE and AHAF have lending libraries of professional literature for members.
- Microphotography.
- Optics such as stereoscopic microscope and other standard tools.
- Specialized equipment such as Kinderprint Indentation Materializer (equivalent of ESDA), Video IR and UV, various filters, cameras, magnifiers.
- Association with professionals having specialized skills and equipment so that unique or unusual requests can be referred to highly qualified colleagues.

## MEMBERSHIPS:

- National Association of Document Examiners (NADE). Chairman of 1993 Conference in San Francisco. Currently, Parliamentarian and Member of Certification Committee.
- The Expert Witness Institute, London, England.
- American Handwriting Analysis Foundation (AHAF), an international organization based in San Jose, CA. Foundation Librarian and member of the Board.
- International Graphonomics Society, Society for the Science and Technology of Handwriting, headquartered at University of Nijmegen, The Netherlands.
- Special Member, Vidocq Society, Philadelphia, PA.
- The American Society for Testing and Materials. Member, Committee E-30 on Forensic Sciences.
- American Association for the Advancement of Science.
- Forensic Expert Witness Association

## REFERENCES:

Available upon request.                                                    (03-20-07)

## EXHIBIT YA, Page 4 of 4

# COVER SHEET

# EXHIBIT YB

# PROFESSIONAL PUBLICATIONS OF

## MARCEL B. MATLEY

### EXAMINER OF DOCUMENTS AND HANDWRITING

**PERIODICAL ARTICLES:  LEGAL JOURNALS**

1. AT ISSUE.  SAN FRANCISCO ASSOCIATION OF LEGAL ASSISTANTS.  18:17+, June, 1991.
  Photocopies: traps for the too trusting.

2. CALIFORNIA PARALEGAL MAGAZINE.  3:10-11, July-Sept. 1991.
  So you never saw a forgery...or you just never caught it.

3. CALIFORNIA PARALEGAL MAGAZINE.  3:15-7, Oct.-Dec. 1991.
  Clues to authorship of the anonymous letter.

4. NATIONAL PARALEGAL REPORTER.  Vol. 17, #2, Winter 1992.
  Preventing fraud with personal checks.
  NOTE:  I have not seen the published version of this paper nor do I have a copy of the issue it appeared in.  The above information is from the Internet.

5. PRACTICAL LITIGATOR.  13:21-33, September 2002.
  Using and cross-examining handwriting experts.

6. THE RECORDER.  120:1+, Jan. 29; 120:3, Feb. 23, 1996.
  A trail of ink; how forensic experts provide hard evidence of doctored documents.  [Letter to the editor]

7. SAN FRANCISCO ATTORNEY'S MAGAZINE.  1994:5-6, April-May 1994.
  More on forensic document examiners.  [Letter to editor]

8. SAN FRANCISCO ATTORNEY'S MAGAZINE.  25:20-2, Feb.-March, 1999.
  The expert ambush:  How to hold off your opponent until the cavalry arrives.
  [Reproduced by permission of The Magazine in www.ExpertPages.com/news, in June 1999.]

*///////*

# EXHIBIT YB:  PAGE 1 OF 6 PAGES

PERIODICAL ARTICLES:  FORENSIC JOURNALS

9. EWITNESS.COM.  ARTICLES.  Oct. 19, 2001.
Deposition of experts:  Q & A.  Illustrated as with handwriting experts.  Co-authored with Robert J. Phillips.

10. FORENSIC EXPERT WITNESS ASSOCIATION NEWSLETTER.  2004:3, 15-16, Summer 2004.
Handling the handwriting expert (or any other expert).

11. INTERNATIONAL JOURNAL OF FORENSIC DOCUMENT EXAMINERS.  3:103, April-June 1997.
Letter to the editor.

12. INTERNATIONAL JOURNAL OF FORENSIC DOCUMENT EXAMINERS.  3:105-13, April-June 1997.
Forensic handwriting identification:  Is it legally a science?  A review of court cases which hold handwriting examination to be a science.

13. INTERNATIONAL JOURNAL OF FORENSIC DOCUMENT EXAMINERS.  5:146-74, Jan.-Dec. 1999.
Case citations relating to court ordered exemplars and disguise of same as contempt of court and obstruction of justice:  a discussion and interpretation.

14. JOURNAL OF FORENSIC IDENTIFICATION.  42:189-91, March-April 1992.
Standardization of terminology for slant in handwriting.  [Letter to editor]

15. JOURNAL OF FORENSIC IDENTIFICATION.  44:617-8, Nov.-Dec., 1994.
Letter.  Re: "Eye-hand coordination: The logic of questioned document examination."

16. THE JOURNAL OF QUESTIONED DOCUMENT EXAMINATION.  8:19-22, Winter 2000.
The 1-to-1 adapter lens.  A technical paper.

17. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS.  12:15-8, Feb. 1991.
The law of document examination.  [Legal research]

18. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS.  17:15-27, Spring 1995.
The graphologist as expert witness; a survey of some reported cases.

# EXHIBIT YB:  PAGE 2 OF 6 PAGES

19. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 17:28-33, Spring 1995.
    A case report. {Scott Doe et al. v. Kohn, Nast & Graff}  By Robert J. Phillips.
NOTE: Marcel B. Matley was the unnamed author of the section on case law.

20. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 19:12-23, Spring 1996.
    A case of Chinese handwriting.

21. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 19:1-9, Dec. 1996.
    Vox poluli or a graphic ventriloquist?  A case report of disguised signatures.  Co-authored with Jacqueline Joseph.

22. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 21:1-5, Spring 1998.
    The making of one's own exemplars; the post litem motam rule as illustrated by California.

23. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 21:15-30, Spring 1998.
    The Vincent Foster "Suicide note."  Did Strategic Enterprises' purported experts prove it forged?

24. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 21:5-11, Winter 1998.
    How to prove a genuine signature is forged while trying to prove it to be genuine.  A study in the multiplication rule of probability theory.

25. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 22:11-15, Fall 1999.
    Comparison of handwriting in Federal court by the trier of fact.

26. JOURNAL OF THE NATIONAL ASSOCIATION OF DOCUMENT EXAMINERS. 22:11-15, Fall 1999.
    Handwriting research: Cast a wide net.  [Annotating selection of scientific papers on handwriting from *American Journal of Occupational Therapy*.]

27. NATIONAL DOCUMENT EXAMINER. 2:11-18, 1992.
    The difference a difference makes:  Variations in handwriting identification.

28. NATIONAL DOCUMENT EXAMINER. 2:26-9, 1992.
    Questioned document case #2.

# EXHIBIT YB:  PAGE 3 OF 6 PAGES

29. SCIENTIFIC SLEUTHING REVIEW. 18:9, Summer 1994.
     Touting the good. [Letter to editor on dating inks]

30. SCIENTIFIC SLEUTHING REVIEW. 23:17, Spring 1999.
     Letters to the Editor. [Cites and quotes review of Dines, "Document Examiner Textbook," jointly authored with Katherine Koppenhaver and published in "Communique" of January 1999.

31. SCIENTIFIC SLEUTHING REVIEW. 28:11, Fall 2004.
     Book review. "Expert witness handbook...," Dan Poynter, Santa Barbara, CA; Para Publishing, 2005, 3rd ed.


## PERIODICAL ARTICLES: OTHER JOURNALS

32. AHAF JOURNAL. 31:1, 8-9, 12, Nov.-Dec. 1998.
     The dilemma of ataxic handwriting.

33. COMMUNIQUE: The Newsletter of the National Association of Document Examiners. Various issues.
     NOTE: These are small items and snippets of information of sundry kinds. This publication is of a topical and ephemeral nature, and I do not retain a file of it nor a list of my various contributions except for my formal articles which are listed below.

34. COMMUNIQUE. 11:3, November 2001.
     Book review. *Questioned documents, a lawyer's handbook*, by Jay Levinson.

35. COMMUNIQUE. 15:3, September 2005.
     Book review. *Alpha Beta: How 26 letters shaped the Western World*, by John Man.

36. COMMUNIQUE. 17:3, Winter 2007.
     Book review. *Forgery: Consulting Science Experiments*, by Kenneth G. Rainis.

37. EWITNESS.COM. ARTICLES. Site M, 10/19/2001. 6 pages.
     Deposition of Experts: Q&A. Illustrated as with handwriting experts. Co-authored with Robert J. Phillips.

38. INTERNATIONAL HANDWRITING ANALYSIS REVIEW. 1:40, Spring 2002.
     Book review: *Alpha beta: How 26 letters shaped the Western World.* John Man.


# EXHIBIT YB:  PAGE 4 OF 6 PAGES

39. THE VANGUARD. 1998:10, October-December, 1998.
Book review: *Document Examiner Textbook*, by Jess E. Dines.

40. THE VANGUARD. 2002:6-7, January-March, 2002.
Government vs graphologically trained document examiners.

41. VIDOCQ JOURNAL. 9:1+, February, 1998.
Murders they wrote.

42. VIDOCQ JOURNAL. 9:6, May 1998.
Letter to the editor. [Regarding the Jon Benet Ramsey Murder Case]

NOTE: One or more other papers are under submission to journals or are in various stages of preparation. Letters and papers have been submitted to journals which never replied as to acceptance or rejection, so there may be published materials I am unaware of.

BOOKS AND MONOGRAPHS

43. Check forgery, a simple guide. San Francisco, Handwriting Services of CA, 1988.

44. Forgery: Detection and defense. A guidebook for legal professionals. Handwriting Services of California, San Francisco, 1988.

45. Oh, my aching arm! The cause and cure of general writer's cramp. A monograph in the physiology of handwriting. San Francisco, Handwriting Services of California, 1997.

46. QDE Index: Periodical articles in English on document examination, handwriting expertise and expert testimony. [Formerly: Witnessing to the truth of documents.] First edition, 1990, San Francisco, Handwriting Services of California. Latest edition 1997.

47. Studies in questioned documents, Number One: Photocopies in document examination. San Francisco, CA, Handwriting Services of California, 1990.

48. Studies in questioned documents, Number Two: Exorcism of ignorance; a reply from a Handwriting expert. San Francisco, CA, Handwriting Services of California, 1990. Second edition titled: "In the Exercise of Ignorance: Replies to the Critics of Handwriting Expertise."

49. Studies in questioned documents, Number Three: Logged entries: Made Separately of sequentially? San Francisco, CA, Handwriting Services of California, 1990.

EXHIBIT YB: PAGE 5 OF 6 PAGES

50. Studies in questioned documents, Number Four: Exemplars: Genuine samples for comparison with questioned writings and documents. San Francisco, CA, Handwriting Services of California, 1990.

51. Studies in questioned documents, Number Five: Health and handwriting; an annotated bibliography of forensic, legal and med/psych periodical literature. Third edition, much enlarged. San Francisco, CA, A and M Matley, 2000.

52. Studies in questioned documents, Number Six: Document examination; the employing and examining of the expert. San Francisco, CA, Handwriting Services of California, 1992.

53. Studies in questioned documents, Number Seven: Reliability testing of expert handwriting opinions. San Francisco, CA, Handwriting Services of California, 1992.

54. Studies in questioned documents, Number Eight: Signature disguise by slant. San Francisco, CA, Handwriting Services of California, 1992.

55. Studies in questioned documents, Number Nine: Examination of Russian birth certificates and answering QD experts at the Immigration and Naturalization Service. San Francisco, CA, A & M Matley, 2002. [Issued in limited edition of 30 numbered copies.]

56. Testing the Reliability of Expert Opinions in Texas: Guidelines from Kelly, du Pont/Daubert and Their Progeny, San Francisco, CA, A & M Matley, 2004.


NON-PRINT MEDIA

57. Complete Defeat for Foes of FDE: The Courts Have Spoken. CD, 2006. [Limited edition of 100 copies for complementary distribution.]

58. You're a what? Featuring Techniques for Inoculating the Jury. CD, 2006. [Limited edition of 40 copies for distribution at 2006 NADE Conference.]


CONTRIBUTIONS TO BOOKS AND MONOGRAPHS

59. Carta & Inchiostri; tecniche di accertamento. A cura di Pacifico Cristofanelli e Silvio Lena. 1999, AGI, Ancona, Italy.
        Pages 204-209: Indagine critica sulla datazione della pasta biro. Traduzione e adattamento de Silvio Lena. [Original English title: "Dating ballpoint inks; a survey and critique."]

(03-02-07)

# EXHIBIT YB:  PAGE 6 OF 6 PAGES