LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   peter.wald@lw.com
   Darius Ogloza (Bar No. 176983)
   darius.ogloza@lw.com
   Sarah M. Ray (Bar No. 229670)
   sarah.ray@lw.com
   Jonathan F. Beardsley (Bar No. 240994)
   jonathan.beardsley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendant
EQUITY TRUST (JERSEY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>          Plaintiff,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, AND DOES 1-10,<br><br>          Defendants. | CASE NO. C-07-4162 WHA<br><br>[PROPOSED] ORDER ON DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*<br><br>Date:    October 18, 2007<br>Time:   8:00 a.m.<br>Place:  Courtroom 9, 9th Floor<br>Judge:  Honorable William H. Alsup<br><br>Complaint Filed: August 14, 2007 |

       The Motion to Dismiss submitted by defendant Equity Trust (Jersey) Limited ("ETJL") came on for hearing before this Court on October 18, 2007 at 8:00 a.m. before the Honorable William H. Alsup. Peter A. Wald, Esq. and Darius Ogloza, Esq. of Latham & Watkins LLP appeared for ETJL. The other parties were represented by their respective legal counsel, except for plaintiff who appeared *in pro per*.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-4162 WHA
PROPOSED ORDER ON DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*

After considering the papers and evidence submitted by the parties, and the arguments of counsel, the Court hereby GRANTS ETJL's motion and orders that this case be dismissed with prejudice as to ETJL pursuant to Federal Rule of Civil Procedure 12(b)(3) on the basis that venue in this court is improper pursuant to forum selection clauses set forth in the management agreement and settlement agreement, which are applicable to this case. Additionally, the Court finds that pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(4), the Court lacks personal jurisdiction over ETJL and service was defective. Further, the Court finds that dismissal is warranted under the doctrine of *forum non conveniens*.

IT IS SO ORDERED.

Dated: _____   _____
The Honorable William H. Alsup,
Judge of the District Court

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-4162 WHA
PROPOSED ORDER ON DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*