LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  peter.wald@lw.com
  Darius Ogloza (Bar No. 176983)
  darius.ogloza@lw.com
  Sarah M. Ray (Bar No. 229670)
  sarah.ray@lw.com
  Jonathan F. Beardsley (Bar No. 240994)
  jonathan.beardsley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendant
EQUITY TRUST (JERSEY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH, | CASE NO. C-07-4162 WHA |
| Plaintiff, | CERTIFICATION OF INTERESTED PERSONS OF DEFENDANT EQUITY TRUST (JERSEY) LIMITED |
| v. | |
| EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, AND DOES 1-10, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, defendant Equity Trust (Jersey) Limited ("ETJL") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in ETJL:

//

//

//

//

//

EQ Holdings (Jersey) Limited, Equity Trust (Netherlands) BV, Equity Trust Luxembourg SARL,

| | |
|---|---|
| 1 | and Equity Trust Holdings SARL. |
| 2 | Dated: September 6, 2007 |
| 3 | |
| 4 | Respectfully Submitted, |
| 5 | LATHAM & WATKINS LLP |
| 6 | By  /s/ Jonathan Beardsley |
| 7 | ATTORNEYS FOR EQUITY TRUST (JERSEY) LIMITED |

2