IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLIVER HILSENRATH,

    Plaintiff,

  v.

EQUITY TRUST (JERSEY) LIMITED, et al.,

    Defendants.

                                                      No. C 07-04162 CW

CLERK'S NOTICE SETTING MOTIONS HEARING DATE

Notice is hereby given that Candover Investments PLC's Motion to Dismiss for Lack of Jurisdiction and Equity Trust (Jersey) Ltd.'s Motion to Dismiss Complaint for Improper Venue, Lack of Personal Jurisdiction, Insufficiency of Service of Process, and Forum Non Conveniens will be heard on **November 1, 2007, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. Opposition to the motions will be due October 11, 2007, and any reply will be due October 18, 2007.

Dated: 9/17/07

                                                      _Sheilah Cahill_

                                                      SHEILAH CAHILL
                                                    Deputy Clerk