LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  peter.wald@lw.com
  Darius Ogloza (Bar No. 176983)
  darius.ogloza@lw.com
  Sarah M. Ray (Bar No. 229670)
  sarah.ray@lw.com
  Jonathan F. Beardsley (Bar No. 240994)
  jonathan.beardsley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  +415.391.0600
Facsimile:  +415.395.8095

Attorneys for Defendant
EQUITY TRUST (JERSEY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>             Plaintiff,<br><br>     v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, AND DOES 1-10,<br><br>             Defendants. | CASE NO. C-07-4162 CW<br><br>DEFENDANT EQUITY TRUST (JERSEY) LIMITED'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*<br><br>Date:     November 1, 2007<br>Time:    2:00 p.m.<br>Place:    Courtroom 2<br>Judge:   Honorable Claudia Wilken<br><br>Complaint Filed:  August 14, 2007 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-4162 CW
DEFENDANT'S AMENDED MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Equity Trust (Jersey) Limited ("ETJL"), hereby moves this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(3), to dismiss the complaint on the basis that venue in this court is improper under forum selection clauses set forth in the management agreement and settlement agreement that govern relations between ETJL and plaintiff and are applicable to this case. In the alternative, ETJL moves, pursuant to FCRP 12(b)(2) and 12(b)(4), to dismiss the complaint on the related bases that this Court lacks personal jurisdiction over ETJL and insufficiency of service of process. As a second alternative, this Court should dismiss the complaint under the *forum non conveniens* doctrine.

These alternative motions are set to be heard on November 1, 2007 at 2:00 p.m., or as soon thereafter as they may be heard, before the Honorable Claudia Wilken in Courtroom 2 of the above-named Court at 1301 Clay Street, Oakland, California.

## RELIEF REQUESTED

ETJL seeks an Order dismissing the complaint because venue is improper under forum selection clauses applicable to this case. Alternatively, ETJL seeks dismissal for lack of personal jurisdiction/insufficiency of process and for *forum non conveniens*.

Dated: September 19, 2007

                                          Respectfully Submitted,

                                          LATHAM & WATKINS LLP

                                          By   /s/ Jonathan Beardsley
                                                    ATTORNEYS FOR EQUITY TRUST
                                                    (JERSEY) LIMITED

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-07-4162 CW
DEFENDANT'S AMENDED MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE, LACK OF PERSONAL JURISDICTION, INSUFFICIENCY OF SERVICE OF PROCESS, AND *FORUM NON CONVENIENS*