AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>   NORTHERN   </u> DISTRICT OF <u>CALIFORNIA                </u>

**APPEARANCE**

CASE NUMBER: C 07 4162

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Equity Trust (Jersey) Limited

I certify that I am admitted to practice in this court.

October 8, 2007
Date

Signature
Katie Chang
katie.chang@lw.com
Print Name                           Bar Number  246247

Latham & Watkins LLP
Address
505 Montgomery Street, Suite 2000
San Francisco,            CA                     94111
City                      State                  Zip Code

415/395-8029              415/395-8806
Phone Number                                     Fax Number

AO-458