AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>　　NORTHERN　　</u> DISTRICT OF <u>CALIFORNIA</u>

APPEARANCE

CASE NUMBER: C 07 4162

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Equity Trust (Jersey) Limited

I certify that I am admitted to practice in this court.

<u>October 3, 2007</u>
Date

Signature
Darius C. Ogloza
darius.ogloza@lw.com
Print Name                    Bar Number  176983

<u>Latham & Watkins LLP</u>
Address
505 Montgomery Street, Suite 2000
<u>San Francisco         CA              94111</u>
City                 State              Zip Code

<u>415/395-8149         415/395-8095</u>
Phone Number                          Fax Number

AO-458