AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>   NORTHERN   </u> DISTRICT OF <u>CALIFORNIA                     </u>

## APPEARANCE

CASE NUMBER: C 07 4162

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Equity Trust (Jersey) Limited

I certify that I am admitted to practice in this court.

<u>October 8, 2007                   </u>
Date

Signature: /s/ Sarah M. Ray

Sarah Ray
sarah.ray@lw.com
Print Name                    Bar Number 229670

Latham & Watkins LLP
Address
505 Montgomery Street, Suite 2000
San Francisco,        CA              94111
City                  State           Zip Code

415/395-8029          415/395-8095
Phone Number                          Fax Number

AO-458