1  OLIVER HILSENRATH
2  822 Eastbrook Court
   Danville, CA 94506
3  Telephone: 925 212 6299
   Facsimile: 925 736 7571
4  ohlx@sbcglobal.net

5  PLAINTIFFS *IN PRO PER*

6

7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9  OLIVER HILSENRATH,                  Case No. 4:07-CV-4162CW

10        Plaintiffs,                   OLIVER HILSENRATH DECLARATION
                                        IN SUPPORT OF OPPOSITION TO
11           v.                         DEFENDANTS' MOTION TO DISMISS

12
   EQUITY TRUST (JERSEY) LIMITED,       **Judge: Hon. Claudia Wilken**
13 CANDOVER INVESTMENTS PLC             **Date: Nov 1, 2007**
                                        **Time: 14:00**
14        Defendants.                   **Place: Courtroom 2, 4th Floor**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  I, Oliver Hilsenrath hereby declare the following to be true under penalty of perjury.

2

3  The attached exhibits A to YY are:

4

5  i.    True copies of Hilsenrath correspondence with defendants and agencies(A, B, G, xx, YY )

   ii.   Public media (C, D) – D: handout at 2005 public high tech media event

6  iii.  Discovery in case 03:00213WHA (Equity custodian of records) (B, F)

7

8

9

10  Dated: October 10, 2007

11

                    Signed,

12

13                        OLIVER HILSENRATH

14                        Plaintiff *PRO SE*

15

16                            /s/ Oliver Hilsenrath

17

18

19

20

21

22

23

24

25

26

27

28

1

## LIST OF EXHIBITS

2

3    Exhibit A: Correspondence between US and Jersey governments establishing the destruction of
records by Equity Trust personnel

4

5    Exhibit B: Perkins' initial solicitation letter

6    Exhibit C: The Equity Trust Tax Wrapper

7

8    Exhibit D: Melvyn Kalman advertising his skills

9    Exhibit E: Insinger conflict of interest

10

11    Exhibit F: Equity's list of Hilsenrath structures and dates of setup

12    Exhibit G: Equity letters refusing to give access to funds

13

14    Exhibit xx: Hilsenrath letter to Equity to release funds

15    Exhibit YY: Hilsenrath letter to Equity: you will be sued

16

17

18

19

20

21

22

23

24

25

26

27

28