REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
ANDREW CHO (SBN 240957)
acho@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:     415-765-9501

Attorneys for Specially Appearing Defendant
Candover Investments PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>                    Plaintiff,<br><br>    v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC AND DOES 1-10,<br><br>                    Defendants. | Case No. 07-4162 (CW)<br><br>**DECLARATION OF ANDREW MOBERLY IN SUPPORT OF REPLY OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC**<br><br>Date:     November 1, 2007<br>Time:     2:00 p.m.<br>Ctrm:     2, 4th floor |

I, Andrew Moberly, declare as follows:

1.     I am employed by Candover Investments PLC as the Company Secretary. I have personal knowledge of the facts stated in this declaration and could testify to their veracity.

2.     Candover Investments PLC maintains a corporate website at www.candoverinvestments.com. The corporate websites of its subsidiaries are prepared by its subsidiaries and are not controlled by Candover Investments PLC.

---

1
DECLARATION OF ANDREW MOBERLY IN SUPPORT OF REPLY OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC

3.  Candover Investments PLC owns approximately a 6% (fully diluted) indirect passive interest in Wood Mackenzie Group Limited, a British corporation. Candover Investments PLC does not control Wood Mackenzie Group Limited.

4.  Candover Investments PLC owns a 4.0% (fully diluted) passive interest in Springer Science + Business Media SA, a German corporation. Candover Investments PLC does not control Springer Science + Business Media SA.

5.  Candover Investments PLC owns a 1.4% (fully diluted) passive interest in Wellstream Holdings plc, a British corporation listed on the London Stock Exchange. Candover Investments PLC does not control Wellstream Holdings plc.

6.  Candover Investments PLC owns a 0.9% (fully diluted) passive interest in Aspen Insurance Holdings Limited, a Bermuda corporation listed on the New York Stock Exchange. Candover Investments PLC does not control Aspen Insurance Holdings Limited.

7.  Between September 1986 and September 2007, Candover Investments PLC owned approximately a 8.5% (fully diluted) passive interest in Dakota, Minnesota & Eastern Railroad Corporation ("DMERC"). Candover Investments PLC recently sold its interest in DMERC to Canadian Pacific Railroad. Candover Investments PLC did not control DMERC.

8.  Between July 2004 and August 2007, Candover Investments PLC owned approximately a 2.5% (fully diluted) passive interest in Vetco International Limited, a British corporation. Candover Investments PLC subsequently sold its interest. Candover Investments PLC did not control Vetco International Limited.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed this 18th day of October, 2007 at London, England.

By 
Andrew Moberly

2
DECLARATION OF ANDREW MOBERLY IN SUPPORT OF REPLY OF SPECIALLY APPEARING DEFENDANT CANDOVER INVESTMENTS PLC