**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLIVER HILSENRATH,

    Plaintiff,

  v.

EQUITY TRUST (JERSEY) LIMITED and CANDOVER INVESTMENTS PLC,

    Defendants.
_____/

No. C 07-4162 CW

<u>CLERK'S NOTICE
TAKING DEFENDANTS'
MOTIONS TO DISMISS
UNDER SUBMISSION</u>

    Notice is hereby given that the Court, on its own motion, shall take Defendants' motions to dismiss under submission on the papers.  The hearing previously scheduled for November 1, 2007, is vacated.

Dated:    10/29/07

                                              *Sheilah Cahill*
                                              SHEILAH CAHILL
                                              Deputy Clerk