IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUITY TRUST (JERSEY) LIMITED and CANDOVER INVESTMENTS PLC,<br><br>    Defendants.<br>_____/ | No. C 07-4162 CW<br><br>ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS |

    Defendants Equity Trust (Jersey) Limited and Candover Investments PLC each move to dismiss the complaint. Plaintiff Oliver Hilsenrath opposes the motions. The motions were submitted on the papers. As with the claims in <u>Hilsenrath v. Equity Trust, et al.</u>, C 07-3312, a related case brought by Plaintiff and his wife against various entities including Defendants in this case, the claims in this case arise out of Plaintiffs' contracts with Equity Trust. For the reasons discussed in a concurrently filed order in <u>Hilsenrath v. Equity Trust, et al.</u>, C 07-3312, the Court grants Candover's motion to dismiss because Plaintiffs have failed to

demonstrate that the Court has personal jurisdiction over it (Docket No. 23).  Further, the Court grants Equity Trust's motion to dismiss based on the doctrine of forum non conveniens (Docket No. 14).  The dismissal is without leave to amend and without prejudice to refiling in the appropriate jurisdiction or jurisdictions.

    IT IS SO ORDERED.

Dated: 3/17/08

CLAUDIA WILKEN
United States District Judge

2