IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLIVER HILSENRATH,

    Plaintiff,

  v.

EQUITY TRUST (JERSEY) LIMITED and CANDOVER INVESTMENTS PLC,

    Defendants.

_____/

No. C 07-04162 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motions to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Oliver Hilsenrath take nothing, that the action be dismissed without prejudice to amend and without prejudice to refiling in the appropriate jurisdiction, and that each party bear its own costs of action.

    Dated at Oakland, California, this day of 17th, March, 2008.

                                  RICHARD W. WIEKING
                                  Clerk of Court

              By:  _____
                    SHEILAH CAHILL
                    Deputy Clerk

United States District Court
For the Northern District of California