OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

**PLAINTIFFS *IN PRO PER***

FILED

MAR 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH<br><br>Plaintiff,<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED, CANDOVER INVESTMENTS PLC, AND DOES 1-10,<br><br>Defendants. | Case No. 4:07-CV-4162CW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the Plaintiffs in the above case hereby appeal to the United States Court of Appeals for the NINTH Circuit from the orders and final judgments all issued by the District Court on, DOC's 32, 33 and 34, all entered in this case on the 17th day of March, 2008.

Dated: March 27, 2008

Respectfully submitted,

OLIVER HILSENRATH
Plaintiff PRO SE