UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 1, 2008

**CASE INFORMATION:**
Short Case Title:  Hilsenrath -v- Equity Trust (Jersey) Limited
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: No. CA, Oakland;  Claudia Wilken
Criminal and/or Civil Case No.:  CV 07-04162 CW
Date Complaint/Indictment/Petition Filed: 08/14/07
Date Appealed order/judgment *entered* 03/17/08
Date NOA *filed* 3/31/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):        ☐ granted in full (attach order)        ☐ denied in full (send record)
                               ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: none

---

***Magistrate Judge's Order?  If so, please attach.***

---

**FEE INFORMATION**
Date Docket Fee Paid: 3/31/08              Date Docket Fee Billed:
Date FP granted:                    Date FP denied:
Is FP pending? ☐ yes  ☐ no                      Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

---

***Please attach copy of any order granting, denying or revoking FP.***

---

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                    Appellee Counsel:

        ***see attached***

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    ***Please attach appointment order.***

---

**DEFENDANT INFORMATION**
Prisoner ID:                    Address:
Custody:
Bail:

---

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

---

Name & Phone Number of Person Completing this Form: Clara Pierce
                                        510-637-3530

C-07-4162-CW Hilsenrath v. Equity Trust (Jersey) Limited, et al

**Appellate Counsel:**

**Oliver Hilsenrath**
822 Eastbrook Court
Danville, CA 94506
925-212-6299

**Appellee Counsel:**

**Sarah Meyers Ray**
**Darius C. Ogloza**
**Jonathan Fraser Beardsley**
**Katie Ya-yee Chang**
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562
415-395-8029

**Maria Ellinikos**
Akin Gump Strauss Hauer & Feld LLP
580 California Street
Suite 1500
San Francisco, CA 94104