RECEIVED

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

April 1, 2008

08-15724

**CASE INFORMATION:**
Short Case Title: Hilsenrath -v- Equity Trust (Jersey) Limited
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: No. CA, Oakland; Claudia Wilken
Criminal and/or Civil Case No.: CV 07-04162 CW
Date Complaint/Indictment/Petition Filed: 08/14/07
Date Appealed order/judgment *entered* 03/17/08
Date NOA *filed* 3/31/08
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)        ☐ denied in full (send record)
                         ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: none

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 3/31/08                Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                           Appellee Counsel:

  ***see attached***

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Clara Pierce
                                                    510-637-3530

C-07-4162-CW Hilsenrath v. Equity Trust (Jersey) Limited, et al

**Appellate Counsel:**

**Oliver Hilsenrath**
822 Eastbrook Court
Danville, CA 94506
925-212-6299

**Appellee Counsel:**

**Sarah Meyers Ray**
**Darius C. Ogloza**
**Jonathan Fraser Beardsley**
**Katie Ya-yee Chang**
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562
415-395-8029

**Maria Ellinikos**
Akin Gump Strauss Hauer & Feld LLP
580 California Street
Suite 1500
San Francisco, CA 94104

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 02 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| OLIVER HILSENRATH,<br><br>Plaintiff - Appellant<br><br>v.<br><br>EQUITY TRUST (JERSEY) LIMITED; CANDOVER INVESTMENT PLC,<br><br>Defendants - Appellees | No. 08-15726<br>D.C. No. 07-CV-04162-CW<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Mon., May 12, 2008**   Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Wed., June 11, 2008**   The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly Dwyer
Clerk of Court


Gerald Rosen
Deputy Clerk